# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASML NETHERLANDS B.V., ) <br> EXCELITAS TECHNOLOGIES CORP., and ) <br> QIOPTIQ PHOTONICS GMBH & CO. KG, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:15-cv-10240-LTS |

## DEFENDANTS' MOTION TO IMPOUND

Pursuant to Local Rule 7.2, Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq GMBH & Co. KG (collectively, "Defendants") hereby move for an Order sealing and impounding the Memorandum of Law in Support of Defendants' Motion to Stay Pending Resolution of *Inter Partes* Review ("Motion to Stay") and the Third Declaration of Michael Ersoni ("Ersoni Declaration"), which Defendants expect to file on June 12, 2015.

Defendants seek impoundment of these documents because they contain highly sensitive and confidential information concerning Defendants' business and their development of the accused products, which, if made public, could cause unnecessary competitive business harm to Defendants. Plaintiff consents to the Ersoni Declaration being filed under seal, but does not consent to the Motion to Stay being filed under seal. However, the basis for sealing the Motion to Stay is the same as that for sealing the Ersoni Declaration, in that Defendants only request sealing those portions of the Motion to Stay that rely on the Ersoni Declaration.

WHEREFORE, Defendants respectfully request that the Court GRANT this Motion and order that the above described documents be impounded for the duration of this case, including any appeals, and then returned to Defendants' counsel of record after the conclusion of this case, including any appeals.

    Respectfully Submitted,

    /s/ *Shirley X. Li Cantin*
    Shirley X. Li Cantin (BBO # 675377)
    Jonathan A. Cox (BBO # 687810)
    WILMER CUTLER PICKERING HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    Tel:  (617) 526-6000
    Fax:  (617) 526-5000
    shirley.cantin@wilmerhale.com
    jonathan.cox@wilmerhale.com

    James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)
    WILMER CUTLER PICKERING HALE AND DORR LLP
    350 South Grand Avenue, Suite 2100
    Los Angeles, CA 90071
    Tel:  (213) 443-5300
    Fax:  (213) 443-5400
    james.dowd@wilmerhale.com

    *Attorneys for Defendants.*

Dated:  June 11, 2015

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants conferred with counsel for Plaintiff on the subject of this motion. Counsel for Plaintiff indicated that they do not oppose Defendants' Motion to Impound as concerning the Ersoni Declaration, but do oppose as concerning the Motion to Stay.

/s/ *Shirley X. Li Cantin*
Shirley X. Li Cantin

**CERTIFICATE OF SERVICE**

I hereby certify that this motion and its attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 11, 2015.

/s/ *Shirley X. Li Cantin*
Shirley X. Li Cantin