**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>ASML NETHERLANDS B.V.,<br>EXCELITAS TECHNOLOGIES CORP., and<br>QIOPTIQ PHOTONICS GMBH & CO. KG,<br><br>       Defendants. | Civil Action No. 1:15-cv-10240-LTS |

**ENERGETIQ'S OPPOSITION TO DEFENDANTS'
MOTION TO IMPOUND (DOC. NO. 103)**

Plaintiff Energetiq Technology, Inc. ("Energetiq") opposes Defendants' motion to impound their memorandum of law in support of what they say will be yet another motion to delay the litigation.  (Doc. No. 103.)  Defendants' motion to impound alleges that their memorandum in support of a motion to stay will contain "highly sensitive and confidential information concerning Defendants' business and their development of the accused products, which, if made public, could cause unnecessary competitive business harm to Defendants."  *Id.*

In the meet and confer concerning the motion to impound, Energetiq's counsel asked Defendants' counsel to share the allegedly confidential information with counsel, so that counsel would be able to make a fair determination whether sealing from public view a motion to stay pending *inter-partes* review ("IPR") was justified.  Frankly, it is hard to imagine why a motion to stay would include any confidential information at all.  But nevertheless, Energetiq was open to considering the issue after a review of the allegedly confidential information proposed to be

included.  But Defendants' counsel refused to identify the allegedly confidential information to Energetiq's counsel.

Energetiq's counsel communicated to Defendants' counsel that it would not oppose a motion to impound the allegedly confidential evidence itself (such as exhibits or declarations). Not knowing what exactly is the scope, nature, and confidentiality of the information Defendants' counsel will include in its briefing, Energetiq has no choice but to oppose the motion to impound.  There is a public interest in keeping a court filing such as a motion to stay pending an IPR—a matter that is of very high public interest and importance at the moment—not confidential.  Energetiq submits that the Defendants have not shown that the memorandum of law itself needs to be impounded.

Energetiq therefore opposes the motion to impound the memorandum of law.


Dated:  June 11, 2015                                      Respectfully submitted,

                                                            /s/ *Safraz W. Ishmael*
                                                            Steven M. Bauer (BBO #542531)
                                                            Safraz W. Ishmael  (BBO #657881)
                                                            S. James Boumil III (BBO #684361)
                                                            **PROSKAUER ROSE LLP**
                                                            One International Place
                                                            Boston, MA  02110-2600
                                                            Telephone: (617) 526-9600
                                                            Facsimile: (617) 526-9899
                                                            sbauer@proskauer.com
                                                            sishmael@proskauer.com
                                                            jboumil@proskauer.com

                                                            **ATTORNEYS FOR
                                                            ENERGETIQ TECHNOLOGY, INC.**

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on June 11, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A copy of the document will be served upon Defendants' counsel electronically via the CM/ECF system.

*/s/ Safraz W. Ishmael*
Safraz W. Ishmael
