# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:15-cv-10240-LTS<br>) |
| ASML NETHERLANDS B.V.,<br>EXCELITAS TECHNOLOGIES CORP., and<br>QIOPTIQ PHOTONICS GMBH & CO. KG, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## DEFENDANTS' MOTION TO STAY
## PENDING RESOLUTION OF *INTER PARTES* REVIEW

Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq Photonics GmbH & Co. KG (collectively, "Defendants") hereby move to stay this litigation pending resolution of the *inter partes* review ("IPR") petitions for each of the six patents at issue in this case. As grounds for this motion, Defendants rely on the accompanying Memorandum in Support of Defendants' Motion to Stay Pending Resolution of *Inter Partes* Review, the Third Declaration of Shirley X. Li Cantin, Esq., and the Third Declaration of Michael Ersoni.

WHEREFORE, Defendants respectfully request that the Court stay this litigation pending resolution of Defendants' IPR petitions for each of the six patents at issue in this case.

    Respectfully Submitted,

    ASML NETHERLANDS B.V.
    EXCELITAS TECHNOLOGIES CORP.
    QIOPTIQ PHOTONICS GMBH & CO. KG

- 2 -

By their Attorneys,

/s/  *James M. Dowd*

Shirley X. Li Cantin (BBO # 675377)
Jonathan A. Cox (BBO # 687810)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
shirley.cantin@wilmerhale.com
jonathan.cox@wilmerhale.com

James M. Dowd (Ca. Bar No. 259578) (pro hac vice)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
james.dowd@wilmerhale.com

Dated:  June 12, 2015

### CERTIFICATE OF CONSULTATION

I, Shirley X. Li Cantin, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiff Energetiq Technology, Inc. and counsel for Defendants met and conferred in good faith regarding resolution of this motion, but were not able to reach agreement.

>  */s/ Shirley X. Li Cantin*
> Shirley X. Li Cantin (BBO # 675377)

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument regarding this motion to the extent that the Court believes that oral argument will assist it in resolving this motion.

> */s/ Shirley X. Li Cantin*
> Shirley X. Li Cantin (BBO # 675377)

### CERTIFICATE OF SERVICE

I, Shirley X. Li Cantin, hereby certify that true copies of the Motion to Stay and supporting documents were served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 12th day of June, 2015.  Unredacted versions of the sealed Memorandum in Support of Motion to Stay and Third Declaration of Michael Ersoni were served upon counsel of record through electronic mail, this 12th day of June, 2015.

> /s/ *Shirley X. Li Cantin*
> Shirley X. Li Cantin (BBO # 675377)