## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                    ) | Civil Action No. 1:15-cv-10240-LTS |
| ) | **PUBLIC VERSION** |
| ASML NETHERLANDS B.V.,                 ) | |
| EXCELITAS TECHNOLOGIES CORP., and    ) | |
| QIOPTIQ PHOTONICS GMBH & CO. KG,     ) | |
| ) | |
| Defendants.            ) | |
| ) | |

## THIRD DECLARATION OF MICHAEL ERSONI

I, Michael Ersoni, declare as follows:

1.  I am Executive Vice President of the Global Commercial Business of Excelitas Technologies Corporation ("Excelitas"). In connection with my duties and responsibilities at Excelitas, I have managed Excelitas's light source business since October 2013. I make this declaration from personal knowledge of the facts set forth herein.

2.  ███████████████████████████████████████████████████████████████████████

3.  ███████████████████████████████████████████████████████████████████████

4.  ███████████████████████████████████████████████████████████████████████



I declare under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2015.

Michael Ersoni

## CERTIFICATE OF SERVICE

I, Shirley X. Li Cantin, hereby certify that a true, unredacted copy of this document was served upon counsel of record for the plaintiff through electronic mail, this 12th day of June, 2015.  A redacted version of this document for the public docket was filed through the Court's electronic court filing (ECF) system, this 12th day of June, 2015.

/s/ *Shirley X. Li Cantin*
Shirley X. Li Cantin (BBO # 675377)