# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>ASML NETHERLANDS B.V., )<br>EXCELITAS TECHNOLOGIES CORP., and )<br>QIOPTIQ PHOTONICS GMBH & CO. KG, )<br><br>Defendants. ) | Civil Action No. 1:15-cv-10240-LTS |

## DECLARATION OF DANA O. BURWELL, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY

I, Dana O. Burwell, make oath and state as follows:

1.     I am an attorney of record for Defendants on this matter.  I have personal knowledge of the facts set forth herein, and, if called as a witness, would testify competently to those facts.

2.     Attached as Exhibit 1 is a true and correct copy of Defendants' First Set of Requests for Production, served on July 31, 2015.

3.     Attached as Exhibit 2 is a true and correct copy of Defendants' First Notice of 30(b)(6) Deposition, served on July 31, 2015.

4.     Attached as Exhibit 3 is a true and correct copy of a letter dated August 31, 2015, from S. James Boumil III to Jonathan A. Cox.

5.     Attached as Exhibit 4 is a true and correct copy of a letter dated September 1, 2015, from Jonathan A. Cox to S. James Boumil III.

6.      Attached as Exhibit 5 is a true and correct copy of a letter dated September 3 e-mail from Elisabeth M. Oppenheimer to Safraz W. Ishmael.

7.      I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated this 4th day of September, 2015.


/s/ Dana O. Burwell
Dana O. Burwell (BBO # 682413)