# Exhibit 3



Proskauer Rose LLP   One International Place   Boston, MA 02110-2600

August 31, 2015

S. James Boumil III
Attorney at Law
d 617.526.9618
f 617.526.9899
jboumil@proskauer.com
www.proskauer.com

**Via Email**

Jonathan A. Cox, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

RE: *Energetiq Technology, Inc. v. ASML Netherlands, B.V., et al*
    **Case No. 1:15-cv-10240-LTS (D. Mass.)**

Dear Jonathan:

This letter is in response to Defendants' First Set of Requests for Production and Defendants' First Notice of 30(b)(6) Deposition, both dated July 31, 2015.

Both documents are outside the scope of any Court-authorized discovery and are untimely served. As the Court's order of August 7, 2015 states:

> Phase I discovery serves two purposes: to permit Plaintiff to take jurisdictional discovery regarding LS1, as described in the Court's Memorandum and Order on the Motion to Dismiss (Doc. No. 120) and to permit Plaintiff to take discovery regarding what, if any, allegedly LS2 infringing activity has transpired (or is transpiring).

August 7 Order at 1.

Thus, Defendants are not authorized to take any discovery or to depose any witnesses at this time. To be clear, Energetiq reserves all objections for a time during which this request is proper.

Please let me know if you have any questions.

Regards,

S. James Boumil III