# Exhibit 5

**Burwell, Dana O.**

| | |
|---|---|
| **From:** | Oppenheimer, Elisabeth M. |
| **Sent:** | Thursday, September 03, 2015 8:17 AM |
| **To:** | sishmael@proskauer.com |
| **Cc:** | Cox, Jonathan; Boumil III, S. James; WH ASML Energetiq; PR Energetiq ASML |
| **Subject:** | Re: Energetiq v. ASML - Defendants' Discovery Requests |

Safraz,

We do not understand why you refuse to answer the simple question we posed -- whether or not defendants are entitled to discovery.  The local rules impose a requirement to meet and confer in good faith.  If you maintain that defendants are not entitled to discovery, please let us know so that we can decide on next steps.  If your position has changed, we look forward to discussing this further as necessary.

With regard to the deposition notices, which were only served three days ago, we are reviewing and will provide our responses and objections in due course.  Depositions will proceed on a date and at a location that is convenient for the witnesses, which in most or all cases will not be in Boston.  We will let you know when we have more information about the witnesses' schedules.  With respect to the deposition of Mr. Drube in particular, we will consider your request regarding service, but please explain what basis in fact and law you have for seeking to depose the president of ASML U.S.

On the balance of the issues raised in your letter, on which you have refused to provide any more details, we are available to have a conversation to understand what the issues are.  Let's use this number for a call at 10 am:  1-800-227-6333 / passcode 7136757.

Regards,

Elisabeth

On Sep 2, 2015, at 6:00 PM, Ishmael, Safraz W. <SIshmael@proskauer.com> wrote:

> Jonathan:
>
> We are available to meet and confer on Defendants' discovery requests, to see how we can resolve the issues at the same that we discuss the 5 items I listed below in my 1:27 pm email to you.  I would think that our proposed agenda is self-explanatory.
>
> As to the depositions, we asked to start scheduling depositions a week ago.  Given that we have received no response to our effort to work out a mutually acceptable schedule, we will

simply proceed as noticed.  Attached please find a subpoena and a Notice of Deposition of Jerry Drube.  If WilmerHale contends that it does not have the authority to accept service of this subpoena tonight, we will ask our process server to serve it tomorrow.

Finally, you did not propose an alternative time to meet on these issues.  I propose 10 am tomorrow.  Please let me know if that works, or propose an alternative time.

Best regards,

Safraz.

**Safraz W. Ishmael**
Senior Counsel

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9712
f  617.526.9899
sishmael@proskauer.com

---

**From:** Cox, Jonathan [mailto:Jonathan.Cox@wilmerhale.com]
**Sent:** Wednesday, September 02, 2015 3:49 PM
**To:** Ishmael, Safraz W.; Boumil III, S. James
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML - Defendants' Discovery Requests

Safraz,

We are unavailable to meet and confer at 4 p.m. today.  As I requested earlier, please state whether Energetiq maintains its objections regarding Defendants' discovery requests.

We will be happy to meet and confer regarding the other topics you identify.  However, this is the first time you have raised these issues, and Defendants are unclear on Energetiq's position on these issues.  In order to ensure that this conversation is productive, please provide greater detail concerning Energetiq's positions.

Best regards,

Jonathan

---

**From:** Ishmael, Safraz W. [mailto:SIshmael@proskauer.com]
**Sent:** Wednesday, September 02, 2015 1:27 PM
**To:** Cox, Jonathan; Boumil III, S. James
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML - Defendants' Discovery Requests

Jonathan:

Further to our earlier email, we are prepared to meet and confer at 4 pm this afternoon.  In addition to the topics in your letter, here are the additional topics that we would like to discuss this afternoon on the meet and confer:

1. Deposition scheduling and timing for the notices that Energetiq has served;
2. Qioptiq's lack of any document production;

2

3. Defendants' and ASML US's failure to provide a privilege log;
4. Defendants' and ASML US's failure to provide documents in a form that is searchable by electronic means, including text searches and metadata searches, and/or tagging capabilities;
5. A procedure to handle 3D and technical files (e.g., CAD drawings or equivalents) in the production.

Please confirm your availability to meet and confer at 4 pm on these issues. Shall we use the same dial-in that you circulated earlier?

Best regards,

Safraz.


**Safraz W. Ishmael**
Senior Counsel

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9712
f  617.526.9899
sishmael@proskauer.com

---

**From:** Cox, Jonathan [mailto:Jonathan.Cox@wilmerhale.com]
**Sent:** Wednesday, September 02, 2015 11:08 AM
**To:** Boumil III, S. James
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML - Defendants' Discovery Requests

James,

Please let us know – yes or no – whether Energetiq maintains its objections to Defendants' discovery requests.

Best regards,

Jonathan

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Wednesday, September 02, 2015 10:21 AM
**To:** Cox, Jonathan
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML - Defendants' Discovery Requests

Jonathan,

Our team is not available at 11AM today. We are available at 4PM. Please confirm whether this time works.

Separately, we will also send you a list of topics early this afternoon that we would like to discuss on the same call.

Regards,

3

James

**S. James Boumil III**
Attorney at Law

[Proskauer](#)
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
**green**spaces
Please consider the environment before printing this email.

---

**From:** Cox, Jonathan [mailto:Jonathan.Cox@wilmerhale.com]
**Sent:** Wednesday, September 02, 2015 9:06 AM
**To:** Boumil III, S. James
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML - Defendants' Discovery Requests

James,

Here is a dial-in for our meet-and-confer today at 11 a.m.:

1-800-227-6333
Access Code: 713-6609

Best regards,

Jonathan

---

**From:** Cox, Jonathan
**Sent:** Tuesday, September 01, 2015 5:53 PM
**To:** 'Boumil III, S. James'
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML - Defendants' Discovery Requests

James,

Please see the attached.

Best regards,

Jonathan

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Monday, August 31, 2015 8:29 AM
**To:** Cox, Jonathan
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML - Defendants' Discovery Requests

Jonathan,

Please see the attached.

4

Regards,

James

**S. James Boumil III**
Attorney at Law

[Proskauer](#)
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
[jboumil@proskauer.com](mailto:jboumil@proskauer.com)
**green**spaces
Please consider the environment before printing this email.

---

**From:** Cox, Jonathan [mailto:Jonathan.Cox@wilmerhale.com]
**Sent:** Saturday, August 01, 2015 3:01 PM
**To:** Boumil III, S. James
**Cc:** Bauer, Steven M.; Ishmael, Safraz W.; WH ASML Energetiq
**Subject:** Energetiq v. ASML - Defendants' Discovery Requests

James,

Please find attached courtesy copies of Defendants' First Set of Requests for Production and Defendants' First Notice of 30(b)(6) Deposition in *Energetiq v. ASML Netherlands BV et al.*, No. 1:15-cv-10240-LTS (D. Mass.).  These were served yesterday via hand delivery to your office.

Best,

Jonathan

**Jonathan A. Cox | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6609 (t)
+1 617 526 5000 (f)
[jonathan.cox@wilmerhale.com](mailto:jonathan.cox@wilmerhale.com)

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to [postmaster@wilmerhale.com](mailto:postmaster@wilmerhale.com)—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at [http://www.wilmerhale.com](http://www.wilmerhale.com).

**********************************************************************
*********************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or

saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<Jerry Drube Notice of Deposition.pdf>

<Jerry Drube Subpoena.PDF>