UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASML NETHERLANDS B.V., <br> EXCELITAS TECHNOLOGIES CORP., and <br> QIOPTIQ PHOTONICS GMBH & CO. KG, <br><br> Defendants. | Civil Action No. 1:15-cv-10240-LTS |

### DECLARATION OF ELISABETH OPPENHEIMER, ESQ. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL DISCOVERY

I, Elisabeth Oppenheimer, make oath and state as follows:

1. I am an attorney of record for Defendants on this matter. I have personal knowledge of the facts set forth herein, and, if called as a witness, would testify competently to those facts.

2. Attached as Exhibit 1 is a true and correct copy of an email chain ending with an email sent from Elisabeth M. Oppenheimer to Safraz W. Ishmael and S. James Boumil III on September 1, 2015.

3. Attached as Exhibit 2 is a true and correct copy of a letter dated August 14, from S. James Boumil III to Elisabeth M. Oppenheimer.

4. Attached as Exhibit 3 is a true and correct copy of a letter dated August 21, 2015, from Elisabeth M. Oppenheimer to S. James Boumil III.

5.  Attached as Exhibit 4 is a true and correct copy of a letter dated September 1, 2015, from Elisabeth M. Oppenheimer to S. James Boumil III.

6.  I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 4th day of September, 2015.

*/s/ Elisabeth M. Oppenheimer*
Elisabeth M. Oppenheimer (BBO # 686312)

## CERTIFICATE OF SERVICE

      I, Dana O. Burwell, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 4th day of September, 2015.

                                      /s/ *Dana O. Burwell*
                                      Dana O. Burwell (BBO # 682413)