# WILMERHALE

September 1, 2015

**Elisabeth M. Oppenheimer**

+1 617 526 6757 (t)
+1 617 526 5000 (f)
elisabeth.oppenheimer@wilmerhale.com

**Via hand-delivery**

S. James Boumil III
Proskauer Rose LLP
One International Place
Boston, MA 02110

Re:  *Energetiq v. ASML, et al.*, D. Mass. No. 15-cv-10240

James,

ASML US has produced ASMLUS000000061 - ASMLUS000000313 on a secure laptop today. In addition, ASML US will produce one additional document following the entry of a Protective Order. The document contains the confidential information of a third party, and the third party has not consented to the release of the document before a Protective Order is entered in this action.

Sincerely,

Elisabeth M. Oppenheimer