UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 15-10240-LTS ) |
| ASML NETHERLANDS B.V., EXCELITAS TECHNOLOGIES CORP., and QIOPTIQ PHOTONICS GMBH & CO. KG, | ) ) ) ) ) ) |
| Defendants. | ) ) |

SECOND DISCOVERY ORDER

September 11, 2015

SOROKIN, J.

In the parties' joint statement regarding the protective order, Defendants request the Court revisit the scope of the patent prosecution bar. Docket #155. After careful review of the issue, the Court adopts Defendants' proposal as to the scope of the patent prosecution bar. It makes practical sense, it is supported by the weight of authority, and it imposes no undue burden on Plaintiff. The parties shall submit the final revised version of the protective order to the Court for signature and adoption.

Plaintiff filed an emergency motion to compel (#143); it has now withdrawn the motion in all respects except one. (#157). It is DENIED as to the one remaining issue. The record establishes Defendants are producing emails regarding this topic and Plaintiff will be taking depositions encompassing this topic.

Defendants filed a Motion to Compel Discovery (#150).  Plaintiff shall file its response to that motion by Wednesday September 16, 2015.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge