**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC.,      ) | |
|      ) | |
| Plaintiff,      ) | |
|      ) | |
| v.      ) | Civil Action No. 1:15-cv-10240-LTS |
|      ) | |
| ASML NETHERLANDS B.V.,      ) | |
| EXCELITAS TECHNOLOGIES CORP., and      ) | |
| QIOPTIQ PHOTONICS GMBH & CO. KG,      ) | |
|      ) | |
| Defendants.      ) | |
|      ) | |

---

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
SUR-REPLY AND SUPPLEMENTAL DECLARATION WITH EXHIBITS TO
PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' INEQUITABLE CONDUCT
COUNTERCLAIMS
AND MOTION TO STRIKE AFFIRMATIVE DEFENSES (DKT. 136)**

Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq GmbH

& Co. KG (collectively, "Defendants") respectfully move pursuant to Local Rule 7.1(b)(3) for

leave to file a Sur-Reply memorandum of law in opposition to Plaintiff's Motion to Dismiss

Defendants' Inequitable Conduct Counterclaims and Motion to Strike Affirmative Defenses

(Dkt. No. 136), and the supporting Supplemental Declaration of Dana O. Burwell with

accompanying exhibits.

The grounds for this motion are as follows:

1.     On August 21, 2015, Plaintiff Energetiq Technology, Inc. ("Energetiq") filed a

Motion to Dismiss Defendants' Inequitable Conduct Counterclaims and Motion to Strike Related

Defenses.  (Dkt. No. 136.)

2.     On September 4, 2015, Defendants filed an Opposition to Energetiq's Motion to

Dismiss Defendants' Inequitable Conduct Counterclaims and Motion to Strike Related Defenses. (Dkt. No. 148).

3.      On September 11, 2015, Energetiq filed an unopposed Motion for Leave to File Reply Brief in Support of Motion to Dismiss Defendants' Inequitable Conduct Counterclaims and Motion to Strike Related Defenses ("Motion for Leave to File Reply").  (Dkt. No. 160.)

4.      As Exhibit A to the Motion for Leave to File Reply, Energetiq filed its proposed Reply memorandum ("Reply").  (Dkt. No. 160-1.)

5.      Defendants believe that the attached Sur-Reply memorandum and the supporting Supplemental Declaration of Dana O. Burwell with accompanying exhibits will assist the Court's consideration of the pending Motion to Dismiss, and Plaintiff does not oppose this motion.

6.      The attached Sur-Reply does not exceed 5 pages and is limited to issues raised by Plaintiff in its Reply.

WHEREFORE, Defendants respectfully request that this Court grant them leave to file the attached Sur-Reply to Plaintiff's Motion to Dismiss Defendants' Inequitable Conduct Counterclaims and Motion to Strike Affirmative Defenses, and the supporting Supplemental Declaration of Dana O. Burwell with accompanying exhibits.

Respectfully submitted,

ASML NETHERLANDS B.V.,
EXCELITAS TECHNOLOGIES CORP.
QIOPTIQ PHOTONICS GMBH & CO. KG

By their Attorneys,

/s/  *Dana O. Burwell*

Kevin S. Prussia (BBO # 666813)
Shirley X. Li Cantin (BBO # 675377)
Elisabeth M. Oppenheimer (BBO # 686312)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com
elisabeth.oppenheimer@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com

James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
james.dowd@wilmerhale.com

Dated:  September 15, 2015

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants conferred with counsel for Plaintiff on the subject of this motion.  Counsel for Plaintiff have indicated that they do not oppose this motion.

/s/ *Dana O. Burwell*

Dana O. Burwell (BBO # 682413)

## **CERTIFICATE OF SERVICE**

I, Dana O. Burwell, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 15th day of September, 2015.

/s/ *Dana O. Burwell*

Dana O. Burwell (BBO # 682413)