**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:15-cv-10240-LTS |
| ASML NETHERLANDS B.V., ) | |
| EXCELITAS TECHNOLOGIES CORP., and ) | |
| QIOPTIQ PHOTONICS GMBH & CO. KG, ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL DECLARATION OF DANA O. BURWELL, ESQ. IN SUPPORT OF DEFENDANTS' SUR-REPLY TO ENERGETIQ'S MOTION TO DISMISS DEFENDANTS' INEQUITABLE CONDUCT COUNTERCLAIMS AND MOTION TO STRIKE AFFIRMATIVE DEFENSES (DKT. 136)**

I, Dana O. Burwell, make oath and state as follows:

1. I am an attorney of record for Defendants on this matter. I have personal knowledge of the facts set forth herein, and, if called as a witness, would testify competently to those facts.

2. Attached as Exhibit 7 is a true and correct copy of Plaintiff's Response in Opposition to Defendants' Motion to Amend Answer, Affirmative Defenses, and Counterclaims, filed in *Zecotek Imaging Sys., PTE. LTD, et al. v. Saith-Gobain Ceramics & Plastics, Inc., et al.*, No. 5:12-cv-01533-SL (N.D. Ohio), dated January 10, 2014.

3. Attached as Exhibit 8 is a true and correct copy of Defendants' Reply in support of Motion for Leave to Amend Answer, Affirmative Defenses, and Counterclaims, filed in *Zecotek Imaging Sys., PTE. LTD, et al. v. Saith-Gobain Ceramics & Plastics, Inc., et al.*, No. 5:12-cv-01533-SL (N.D. Ohio), dated January 24, 2014.

Dated this 15th day of September, 2015.

                                                */s/ Dana O. Burwell*
                                                Dana O. Burwell (BBO # 682413)

- 3 -

## CERTIFICATE OF SERVICE

      I, Dana O. Burwell, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 15th day of September, 2015.

                                  /s/ *Dana O. Burwell*
                                  Dana O. Burwell (BBO # 682413)