# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Civil Action No. 1:15-cv-10240-LTS |
| ASML NETHERLANDS B.V.,<br>EXCELITAS TECHNOLOGIES CORP., and<br>QIOPTIQ PHOTONICS GMBH & CO. KG, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## UNOPPOSED MOTION TO IMPOUND

Pursuant to Local Rule 7.2, Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq Photonics GmbH & Co. KG (collectively, "Defendants") move to impound the parties' Joint Status Report and Rule 26(f) Report, as well as Exhibits 3, 4, 5, 6 and 7 to that Report. In support of the instant Motion to Impound, Defendants states that the above-referenced documents contain non-public, confidential information, including materials that are designated Highly Confidential – Patent Sensitive.

A redacted version of the Joint Status Report and Rule 26(f) Report, as well as those exhibits that do not contain confidential information, will be filed today via the ECF system.

WHEREFORE, Defendants request that the Court impound the above-listed documents, which will be filed upon the granting of this motion. Plaintiff does not oppose this motion.

Dated: October 21, 2015

ASML NETHERLANDS B.V.,
EXCELITAS TECHNOLOGIES CORP.
QIOPTIQ PHOTONICS GMBH & CO. KG

By their Attorneys,

/s/ Elisabeth M. Oppenheimer

Kevin S. Prussia (BBO # 666813)
Elisabeth M. Oppenheimer (BBO # 686312)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
kevin.prussia@wilmerhale.com
elisabeth.oppenheimer@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 21, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A copy of the document will be served upon all counsel of record electronically via the CM/ECF system.

*/s/* Elisabeth M. Oppenheimer

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants has conferred with counsel for Plaintiff regarding this motion, and counsel for Plaintiff does not oppose the motion.

*/s/* Elisabeth M. Oppenheimer