IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ASML NETHERLANDS B.V.,<br>EXCELITAS TECHNOLOGIES CORP., and<br>QIOPTIQ PHOTONICS GMBH & CO. KG,<br><br>      Defendants. | Civil Action No. 1:15-cv-10240-LTS |

**ENERGETIQ'S RENEWED MOTION FOR PRELIMINARY INJUNCTION**

On February 6, 2015, Energetiq filed a motion for preliminary injunction. On July 10, 2015, the Court denied the motion without prejudice, allowing it to be refiled after Phase I discovery intended to allow Energetiq to verify what it had suspected when it filed the case – that the defendants had been infringing its patents both by making or using infringing technology in the United States, and by offering to sell infringing technology to their U.S.-based customers.

Now that Phase I discovery has been completed, Energetiq has confirmed that the Defendants *were* infringing in the United States at the time this case was brought, and *continue* to offer for sale the accused product during the pendency of this action. Although there are six patents in this case, for purposes of this motion only, Energetiq has narrowed the issues to three claims each, in two patents. Moreover, because Defendants still refuse to identify *anything* about their current product which would show it operates differently than the infringing product when it was in the United States (and before it was shepherded

out of the country when the lawsuit was filed), Energetiq asks that Defendants be enjoined from ***offering to sell*** the accused product in the United States until such time as they come forward with convincing evidence (accepted by this Court), that the product they intend to import into the United States is patentably different from the laser-driven light sources which they were operating in the United States.

   WHEREFORE, Energetiq respectfully requests that the Court:

1. preliminarily enjoin defendants Excelitas Technologies Corp. ("Excelitas"), Qioptiq Photonics GmbH & Co. KG ("Qioptiq") and ASML Netherlands B.V. ("ASML"), and any other persons who are in active concert or participation with them, from making, using, selling, ***offering for sale***, or importing devices that infringe, contribute to, or induce the infringement of the claims 10, 13 and 14 of U.S. Patent No. 8,969,841, entitled "Light Source for Generating Light From a Laser Sustained Plasma in a Above-Atmospheric Pressure Chamber," (the "'841 patent"); and claims 7, 9 and 10 of U.S. Patent No. 9,048,000, entitled "High Brightness Laser-Driven Light Source," (the "'000 patent");

2. require that Defendants produce, not later than 60 days before the scheduled importation into the United States of the first YieldStar 350 or any laser driven light source intended for use in any AMSL product, a final schematic drawing of the light source sufficient to convince the Court that the product is not likely to infringe Energetiq's patents; and

3. set a trial, at the earliest possible date, on Energetiq's infringement and state law damages claims.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(d), Energetiq Technology, Inc. respectfully requests an oral argument on this Motion for Preliminary Injunction, at the earliest possible date.

Dated:  October 21, 2015                                   Respectfully submitted,

/s/ Steven M. Bauer
Steven M. Bauer (BBO #542531)
Safraz W. Ishmael (BBO #657881)
S. James Boumil III (BBO #684361)
**PROSKAUER ROSE LLP**
One International Place
Boston, MA  02110-2600
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
sbauer@proskauer.com
sishmael@proskauer.com
jboumil@proskauer.com

**ATTORNEYS FOR
ENERGETIQ TECHNOLOGY, INC.**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Plaintiff conferred with counsel for Defendants in an attempt to resolve or narrow the issues and was unable to reach resolution.

/s/ Steven M. Bauer
Steven M. Bauer

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the document will be served upon Defendants' counsel electronically via the CM/ECF system.

                                         */s/ Steven M. Bauer*
                                             Steven M. Bauer