IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC.,<br>Plaintiff,<br><br>v.<br><br>ASML NETHERLANDS B.V.,<br>EXCELITAS TECHNOLOGIES CORP., and<br>QIOPTIQ PHOTONICS GMBH & CO. KG,<br><br>Defendants. | Civil Action No. 1:15-cv-10240-LTS |

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Energetiq Technology, Inc.'s counsel and an authorized representative from Energetiq Technology, Inc. have conferred with a view to establish a budget for the costs of conducting the full course – and various alternative courses – of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: October 20, 2015

_____
Donald K. Smith
President, Energetiq Technology, Inc.

Dated: 10/21/2015

_____
Steven M. Bauer
Counsel for Energetiq Technology, Inc.