# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASML NETHERLANDS B.V., )<br>EXCELITAS TECHNOLOGIES CORP., and )<br>QIOPTIQ PHOTONICS GMBH & CO. KG, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:15-cv-10240-LTS |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the undersigned certify that they have conferred regarding the above-captioned matter:

(1) with a view to establishing a budget for conducting the full course – and various alternative courses – of the litigation; and

(2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated:  October 22, 2015               ASML NETHERLANDS B.V.,


                                       By their Attorneys,


                                       /s/ Kevin S. Prussia

        Kevin S. Prussia (BBO # 666813)
        Elisabeth M. Oppenheimer (BBO # 686312)
        Dana O. Burwell (BBO # 682413)
        Jonathan A. Cox (BBO #687810)
        WILMER CUTLER PICKERING
         HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        Tel: (617) 526-6000
        Fax: (617) 526-5000
        kevin.prussia@wilmerhale.com
        elisabeth.oppenheimer@wilmerhale.com
        dana.burwell@wilmerhale.com
        jonathan.cox@wilmerhale.com


By,

/s/ Douwe Groenevelt_____
Title: Legal Director Technology on behalf of ASML Netherlands B.V.

**CERTIFICATE OF SERVICE**

    I hereby certify that, on October 22, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A copy of the document will be served upon all counsel of record electronically via the CM/ECF system.

                                                                                      */s/* Kevin S. Prussia