## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 1:15-cv-10240-LTS |
|  | ) |
| ASML NETHERLANDS B.V., | ) |
| EXCELITAS TECHNOLOGIES CORP., and | ) |
| QIOPTIQ PHOTONICS GMBH & CO. KG, | ) |
|  | ) |
| Defendants. | ) |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the undersigned certify that they have conferred regarding the above-captioned matter:

(1) with a view to establishing a budget for conducting the full course – and various alternative courses – of the litigation; and

(2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated:  October 22, 2015                    QIOPTIQ PHOTONICS GMBH & CO. KG

By its Attorneys,

/s/ Kevin S. Prussia

Kevin S. Prussia (BBO # 666813)
Elisabeth M. Oppenheimer (BBO # 686312)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
kevin.prussia@wilmerhale.com
elisabeth.oppenheimer@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com


By,

/s/ Bernhard Lorenz
Title: Vice President and Managing Director on
behalf of Qioptiq Photonics GmbH & Co. KG

## CERTIFICATE OF SERVICE

I hereby certify that, on October 22, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A copy of the document will be served upon all counsel of record electronically via the CM/ECF system.

<span style="text-align:right">*/s/* Kevin S. Prussia</span>