# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASML NETHERLANDS B.V., <br> EXCELITAS TECHNOLOGIES CORP., and <br> QIOPTIQ PHOTONICS GMBH & CO. KG, <br><br> Defendants. | Civil Action No. 1:15-cv-10240-LTS |

## **MOTION TO IMPOUND**

Pursuant to Local Rule 7.2, Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq Photonics GmbH & Co. KG (collectively, "Defendants") move to impound Defendants' Emergency Motion to Stay Energetiq's Motion for a Temporary Restraining Order and for a Preliminary Injunction, and Exhibit 1 thereto. In support of the instant Motion to Impound, Defendants state that the above-referenced documents contain non-public, confidential information, including materials that are designated Highly Confidential – Patent Sensitive.

A redacted version of the Motion will be filed today via the ECF system.

WHEREFORE, Defendants request that the Court impound the above-listed documents, which will be filed upon the granting of this motion.

Dated: October 23, 2015          ASML NETHERLANDS B.V.,
EXCELITAS TECHNOLOGIES CORP.
QIOPTIQ PHOTONICS GMBH & CO. KG

By their Attorneys,

/s/ Elisabeth M. Oppenheimer

Kevin S. Prussia (BBO # 666813)
Elisabeth M. Oppenheimer (BBO # 686312)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
kevin.prussia@wilmerhale.com
elisabeth.oppenheimer@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com

**CERTIFICATE OF SERVICE**

     I hereby certify that, on October 23, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A copy of the document will be served upon all counsel of record electronically via the CM/ECF system.

                                            */s/* Elisabeth M. Oppenheimer

**CERTIFICATE OF CONFERENCE**

     I hereby certify that counsel for Defendants has conferred with counsel for Plaintiff regarding this motion, and counsel for Plaintiff could not state whether they assented to this motion.

                                            */s/* Elisabeth M. Oppenheimer