# Exhibit B
# Redacted in Full