IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASML NETHERLANDS B.V., <br> EXCELITAS TECHNOLOGIES CORP., and <br> QIOPTIQ PHOTONICS GMBH & CO. KG, <br><br> Defendants. | Civil Action No. 1:15-cv-10240-LTS <br> **PUBLIC VERSION** |

**THIRD DECLARATION OF DONALD K. SMITH, PH.D. IN SUPPORT OF ENERGETIQ'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND RENEWED MOTION FOR A PRELIMINARY INJUNCTION**

**I.   INTRODUCTION**

1. I, Donald K. Smith, Ph.D., am President of Energetiq Technology, Inc. ("Energetiq"), which has its principal place of business at 7 Constitution Way, Woburn, MA 01801. I have worked at Energetiq Technology, Inc. in this capacity since 2004.

2. I submit this declaration in support of Energetiq's Motion for a Temporary Restraining Order and Renewed Motion for a Preliminary Injunction.

3. Full descriptions of my educational background, professional achievements, qualifications and publications are set forth in my *curriculum vitae*, a true and correct copy of which has been previously submitted to the court as Exhibit A to my First Declaration.

**II.   ENERGETIQ IS BEING HARMED AS THIS CASE PROCEEDS**

4. In September 2014, ASML informed Energetiq that it would use the Qioptiq LS2

light source in the ASML YieldStar 350, foreclosing any ability of Energetiq's selling its EQ-400 product to ASML as it had planned.

5. █████████████████████████████████████████
████████████████████████████████████████████

6. With every day that ASML is allowed to proceed with incorporating laser-driven light source products developed and manufactured by Excelitas and Qioptiq into its YieldStar 350 system, Excelitas's and Qioptiq's LS2 light source becomes further entrenched in the market. ████████████████████████████████
████████

7. █████████████████████████████████████████
████████████████████████████████████████████

## III. CONCLUSION

I, Donald K. Smith, hereby declare under the penalties of perjury under the laws of the United States that the above statements are to the best of my knowledge true and correct.

Dated: 10/19/15         By: /s/ Donald K. Smith

Donald K. Smith, Ph.D.