**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASML NETHERLANDS B.V., ) <br> EXCELITAS TECHNOLOGIES CORP., and ) <br> QIOPTIQ PHOTONICS GMBH & CO. KG, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:15-cv-10240-LTS |

**DEFENDANTS' UNOPPOSED MOTION TO IMPOUND**

Pursuant to Local Rule 7.2 and the Protective Order, Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq GMBH & Co. KG (collectively, "Defendants") hereby move for an Order sealing and impounding the following documents: (i) Memorandum in Support of Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 9,048,000 as to the "LS2"; (ii) Declaration of Kevin S. Prussia and accompanying exhibits 2-13; (iii) Defendants' Statement of Undisputed Material Facts, pursuant to Local Rule 56.1; (iv) Defendants' Memorandum in Support of Renewed Motion to Dismiss for Lack of Personal Jurisdiction; and (v) Declaration of James M. Dowd and accompanying exhibits 1-3.

Defendants seek impoundment of these documents because they contain highly sensitive and confidential information concerning Defendants' business and their development of the accused products, which, if made public, could cause unnecessary competitive business harm to Defendants. Plaintiff Energetiq Technology, Inc. has indicated that it does not oppose this

request.

WHEREFORE, Defendants respectfully request that the Court ALLOW this Motion and order that the above described documents be impounded for the duration of this case, including any appeals, and then returned to Defendants' counsel of record after the conclusion of this case, including any appeals.

Respectfully Submitted,

/s/ *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
Elisabeth M. Oppenheimer (BBO # 686312)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
kevin.prussia@wilmerhale.com
elisabeth.oppenheimer@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com

James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
james.dowd@wilmerhale.com

*Attorneys for Defendants.*

Dated: November 3, 2015

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants conferred with counsel for Plaintiff on the subject of this motion. Counsel for Energetiq indicated that it does not oppose Defendants' Motion to Impound.

/s/ *Kevin S. Prussia*
Kevin S. Prussia

## CERTIFICATE OF SERVICE

I hereby certify that this motion and its attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 3, 2015.

/s/ *Kevin S. Prussia*
Kevin S. Prussia