**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASML NETHERLANDS B.V., <br> EXCELITAS TECHNOLOGIES CORP., and <br> QIOPTIQ PHOTONICS GMBH & CO. KG, <br><br> Defendants. | Civil Action No. 1:15-cv-10240-LTS |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 9,048,000 AS TO THE "LS2"**

Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq Photonics GmbH & Co. KG (collectively, "Defendants") hereby move for summary judgment of non-infringement of U.S. Patent No. 9,048,000 as to the "LS2." As grounds for this motion, Defendants rely on the accompanying Memorandum in Support of Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 9,048,000 As To The "LS2", Defendants' Statement of Undisputed Material Facts, and the Declaration of Kevin S. Prussia and accompanying exhibits.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion for Summary Judgment.

Respectfully Submitted,

ASML NETHERLANDS B.V.,
EXCELITAS TECHNOLOGIES CORP.
QIOPTIQ PHOTONICS GMBH & CO. KG

By their Attorneys,

/s/  *Kevin S. Prussia*

Kevin S. Prussia (BBO # 666813)
Shirley X. Li Cantin (BBO # 675377)
Elisabeth M. Oppenheimer (BBO # 686312)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com
elisabeth.oppenheimer@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com

James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
james.dowd@wilmerhale.com

Dated:  November 3, 2015

**CERTIFICATE OF CONSULTATION**

I, Elisabeth M. Oppenheimer, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiff Energetiq Technology, Inc. and counsel for Defendants met and conferred in good faith regarding resolution of this motion, but were not able to reach agreement.

*/s/ Elisabeth M. Oppenheimer*
Elisabeth M. Oppenheimer

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument regarding this motion to the extent that the Court believes that oral argument will assist it in resolving this motion.

*/s/ Kevin S. Prussia*
Kevin S. Prussia

**CERTIFICATE OF SERVICE**

I, Kevin S. Prussia, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 3rd day of November, 2015.

*/s/ Kevin S. Prussia*
Kevin S. Prussia