**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASML NETHERLANDS B.V., ) <br> EXCELITAS TECHNOLOGIES CORP., and ) <br> QIOPTIQ PHOTONICS GMBH & CO. KG, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:15-cv-10240-LTS <br> **PUBLIC VERSION** |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF NON-
INFRINGEMENT OF U.S. PATENT NO. 9,048,000 AS TO THE "LS2"**

Pursuant to Local Rule 56.1, Defendants ASML Netherlands B.V. ("ASML B.V."), Excelitas Technologies Corp. ("Excelitas"), and Qioptiq Photonics GmbH & Co. KG ("Qioptiq") (collectively, "Defendants") hereby submit this Statement of Undisputed Material Facts in support of their Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 9,048,000 as to the "LS2."

**The Patent In Suit**

1. The '000 patent is directed to a laser driven light source. (Ex. 1, '000 Patent.[1,2])

2. Asserted claim 1 recites:

    1. A method for illuminating features of a semiconductor wafer, comprising:

---

[1] The published patent bears an issuance date of June 2, 2015. Defendants contend that the patent is invalid under sections 100 *et seq.* of Title 35 of the United States Code, but that issue does not need to be addressed in order to grant Defendants' Motion for Summary Judgment.

[2] Unless otherwise noted, "Ex. __" refers to the exhibits to the Declaration of Kevin S. Prussia in support of Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 9,048,000 as to the "LS2."

- 2 -

ionizing a gas within a sealed pressurized plasma chamber having an operating pressure of at least 10 atmospheres;

providing substantially continuous laser energy having a wavelength range of up to about 2000 nm through a region of material of the sealed pressurized chamber that is transparent to the substantially continuous laser energy to the ionized gas to sustain a plasma within the sealed pressurized plasma chamber to produce plasma generated light having wavelengths greater than 50 nm; and

illuminating the wafer with plasma-generated light having wavelengths greater than 50 nm that exits the sealed pressurized chamber.

(Ex. 1, '000 Patent, at 48:45-59.)

3.  Asserted claim 7 recites:

7. A laser driven light source comprising:

a sealed pressurized plasma chamber having an ignition source for ionizing a gas within the chamber and a sapphire window for maintaining a pressure therein;

a laser for providing at least substantially continuous energy through the sapphire window to the ionized gas within the pressurized plasma chamber to sustain a plasma and produce plasma-generated light having wavelengths greater than 50 nm, the pressure of the plasma chamber during operation is greater than 10 atmospheres

wherein the sapphire window allows the plasma-generated light to exit the pressurized chamber.

(Ex. 1, '000 Patent, at 49:5-17.)

**The Accused "LS2" and YieldStar 350**

[redacted]



██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████

  • ████████████████████████████████████████████

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████

  • ██████████████████████████████████████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██

  • ████████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████████████████

- 5 -

15. During development of the YieldStar 350, ASML B.V. and a separate sister company, ASML U.S. Inc., presented high-level information to a limited number of companies in the United States. (Ex. 4, Sadarangani Dep. at 115-131; Exs. 7-9, Sadarangani Dep. Exs. 6, 15, 16; Ex. 3, Letz Dep. at 116-121.)



17. None of the information provided to any of these companies about the YieldStar 350 contained a description of any *specific* light source component. *Id.*



███████████████████████████████████████████

(Ex. 4, Sadaragani Dep., at 170-171; *see also* Ex. 6, Sadarangani Dep. Ex. 4.)

19. In contrast, discussions regarding the YieldStar 350 have included detailed descriptions regarding *other* aspects of the product. ████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████

20. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████

           Respectfully Submitted,

           ASML NETHERLANDS B.V.,
           EXCELITAS TECHNOLOGIES CORP.
           QIOPTIQ PHOTONICS GMBH & CO. KG

           By their Attorneys,

           /s/  *Kevin S. Prussia*

           Kevin S. Prussia (BBO # 666813)
           WILMER CUTLER PICKERING
            HALE AND DORR LLP
           60 State Street
           Boston, MA 02109
           Tel: (617) 526-6000
           Fax: (617) 526-5000
           kevin.prussia@wilmerhale.com

           James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)

WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
james.dowd@wilmerhale.com

Dated: November 3, 2015

**CERTIFICATE OF SERVICE**

I, Kevin S. Prussia, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 3rd day of November, 2015.

*/s/ Kevin S. Prussia*
Kevin S. Prussia