**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASML NETHERLANDS B.V., <br> EXCELITAS TECHNOLOGIES CORP., and <br> QIOPTIQ PHOTONICS GMBH & CO. KG, <br><br> Defendants. | Civil Action No. 1:15-cv-10240-LTS |

**DEFENDANTS' RENEWED MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendants ASML Netherlands B.V. ("ASML") and Qioptiq Photonics GMBH & Co. KG ("Qioptiq") (collectively, "Defendants") hereby move to dismiss with prejudice all claims or portions of claims in Plaintiff Energetiq Technology, Inc.'s First Amended Complaint (Dkt. No. 87) that allege infringement by Defendants based on the "LS1" device, the YieldStar 250, or the YieldStar 200 upgrade kit.

In support of this motion, as more fully set forth in Defendants' Memorandum In Support of Renewed Motion to Dismiss For Lack of Personal Jurisdiction and in the Declaration of James M. Dowd, Esq., filed herewith, Defendants state that Phase I discovery has confirmed that there is no personal jurisdiction over ASML or Qioptiq for any claims (or parts of claims) that allege infringement based upon activities related to the LS1, YieldStar 250, or YieldStar 200 upgrade kit.

WHEREFORE, Defendants respectfully request that this motion be GRANTED, that all claims or parts of claims in the First Amended Complaint alleging infringement on the basis of

the LS1, YieldStar 250, or YieldStar 200 upgrade kit be dismissed with prejudice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument to address this motion as such argument will assist the Court in addressing the issues raised herein.

Respectfully submitted,

Dated:  November 3, 2015                ASML NETHERLANDS B.V.,
                                        QIOPTIQ PHOTONICS GMBH & CO. KG

                                        By their Attorneys,

                                        /s/ *Kevin S. Prussia*
                                        James M. Dowd (*pro hac vice*; CA # 259578)
                                        Kevin S. Prussia (BBO # 666813)
                                        Elisabeth M. Oppenheimer (BBO # 686312)
                                        Dana O. Burwell (BBO # 682413)
                                        Jonathan A. Cox (BBO #687810)
                                        WILMER CUTLER PICKERING
                                         HALE AND DORR LLP
                                        60 State Street
                                        Boston, MA 02109
                                        Tel: (617) 526-6000
                                        Fax: (617) 526-5000
                                        james.dowd@wilmerhale.com
                                        kevin.prussia@wilmerhale.com
                                        elisabeth.oppenheimer@wilmerhale.com
                                        dana.burwell@wilmerhale.com
                                        jonathan.cox@wilmerhale.com

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants conferred with counsel for Plaintiff and have attempted in good faith to resolve or narrow the issue. Counsel for Energetiq indicated that it opposes this motion.

/s/ *Kevin S. Prussia*
Kevin S. Prussia

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 3, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A copy of the document will be served upon all counsel of record electronically via the CM/ECF system.

/s/ *Kevin S. Prussia*
Kevin S. Prussia