UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASML NETHERLANDS B.V., )<br>EXCELITAS TECHNOLOGIES CORP., )<br>And QIOPTIQ PHOTONICS GMBH & )<br>CO. KG, )<br>)<br>Defendants. )<br>) | Civil No. 15-10240-LTS |

SCHEDULING ORDER

November 5, 2015

SOROKIN, J.

The Court adopts the proposed schedule set forth at Docket #191-1 at pages 2-3, Items 1-26, proposed by the Defendants as an Order of the Court and the schedule governing the case subject to the following amendments and additions.

1. Item #3, "Plaintiff's Preliminary Election of Asserted Claims" is STRUCK. While the Court encourages the Plaintiff to streamline and focus its case, the Court declines to adopt the procedure proposed in Item #3.

2. The dates of the following items are revised: Item #5 is December 23, 2015; Item #6 is January 23, 2016; Items #7-11 are each moved forward by two months (i.e. Item #7 is March 26, 2016).

3. Item #12, "Claim Construction Hearing," will occur on June 24, 2016 at 9:00 a.m. After construing the claims, the Court will review the remainder of the schedule, after input from the parties, to determine whether adjustments are appropriate.

4. No party shall file a motion to dismiss, motion for judgment on the pleadings, motion for summary judgment or other equivalent dispositive motion except pursuant to the established schedule.  The foregoing does not apply to the presently pending motion to dismiss and motion for summary judgment.

5.  Absent an Order of the Court establishing otherwise, any response to a motion for preliminary injunction shall be due fourteen days after the filing of the motion with any reply due seven days thereafter.  The Court does not anticipate surreplies on any such motion.

6.  Counsel shall confer regarding Energetiq's request that the Court order the Defendants to make disclosure thirty days prior to bringing an LS2 to the United States.  They shall file a joint status report by November 30, 2015, such report not to exceed eight pages.

7.  The parties are reminded of the limits set forth in the Federal Rules of Civil Procedure governing the amount of discovery they make take absent leave of Court.  See Fed. R. Civ. P. 30(a).

8.  The parties shall file a joint status report, not to exceed eight pages, by February 1, 2016.

SO ORDERED.

　/s/ Leo T. Sorokin　　　　　　
Leo T. Sorokin
United States District Judge