**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASML NETHERLANDS B.V., )<br>EXCELITAS TECHNOLOGIES CORP., and )<br>QIOPTIQ PHOTONICS GMBH & CO. KG, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:15-cv-10240-LTS |

**UNOPPOSED MOTION TO FOR EXTENSION OF TIME**

Pursuant to Local Rule 7.2, Defendant Excelitas Technologies Corp. ("Excelitas") hereby requests leave to extend from 6 p.m. to midnight the deadline for filing its Opposition to Energetiq's Motion to Compel Excelitas to Produce Documents. The additional time is necessary to allow a declarant who is traveling to execute his declaration. Plaintiff does not oppose this motion.

WHEREFORE, Excelitas respectfully requests that the Court ALLOW this Motion.

Respectfully Submitted,

/s/ *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
kevin.prussia@wilmerhale.com

        James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        350 South Grand Avenue, Suite 2100
        Los Angeles, CA 90071
        Tel:  (213) 443-5300
        Fax:  (213) 443-5400
        james.dowd@wilmerhale.com

        *Attorneys for Defendants.*

Dated:  November 5, 2015

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Excelitas conferred with counsel for Energetiq on the subject of this motion. Plaintiff does not oppose this motion.

/s/ *Kevin S. Prussia*
Kevin S. Prussia

## CERTIFICATE OF SERVICE

I hereby certify that this motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 5, 2015.

/s/ *Kevin S. Prussia*
Kevin S. Prussia