# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| ASML NETHERLANDS B.V., EXCELITAS TECHNOLOGIES CORP., and QIOPTIQ PHOTONICS GMBH & CO. KG, | ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 1:15-cv-10240-LTS

## UNOPPOSED MOTION TO IMPOUND

Pursuant to Local Rule 7.2, Defendant Excelitas Technologies Corp. ("Excelitas") hereby moves for an Order sealing and impounding the following documents: (i) Excelitas's Opposition to Energetiq's Motion to Compel Excelitas to Produce Documents; (ii) Declaration of James M. Dowd and exhibits thereto; and (iii) Declaration of Rudi Blondia.

Excelitas seeks impoundment of these documents because they contain information regarding claims of privilege and/or highly sensitive and confidential information concerning Excelitas's business and its development of the accused products, which, if made public, could cause unnecessary competitive business harm to Excelitas.

WHEREFORE, Excelitas respectfully requests that the Court ALLOW this Motion and order that the above described documents be impounded for the duration of this case, including any appeals, and then returned to Excelitas's counsel of record after the conclusion of this case, including any appeals.

Respectfully Submitted,


/s/ *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
kevin.prussia@wilmerhale.com

James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel:  (213) 443-5300
Fax:  (213) 443-5400
james.dowd@wilmerhale.com

*Attorneys for Defendants.*


Dated:  November 5, 2015

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Excelitas conferred

with counsel for Energetiq on the subject of this motion.  Counsel for Energetiq indicated that it

does not oppose Excelitas's Motion to Impound.


/s/ *Kevin S. Prussia*
Kevin S. Prussia


## **CERTIFICATE OF SERVICE**

I hereby certify that this motion and its attachments filed through the ECF system will be

sent electronically to the registered participants as identified on the Notice of Electronic Filing

(NEF) on November 5, 2015.


/s/ *Kevin S. Prussia*
Kevin S. Prussia