IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., <br>        Plaintiff, <br><br> v. <br><br> ASML NETHERLANDS B.V., <br> EXCELITAS TECHNOLOGIES CORP., and <br> QIOPTIQ PHOTONICS GMBH & CO. KG, <br><br>        Defendants. | Civil Action No. 1:15-cv-10240-LTS |

**ENERGETIQ'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL EXCELITAS TO PRODUCE DOCUMENTS <u>WRONGLY WITHHELD AS PRIVILEGED</u>**

Pursuant to Local Rule 7.1(b)(3), Plaintiff Energetiq Technology, Inc. "Energetiq" seeks leave to file a reply brief in support of Energetiq's Motion to Compel Excelitas to Produce Documents Wrongly Withheld as Privileged ("Motion to Compel") (Doc. No. 181). Energetiq expects that this brief will assist the Court in ruling on the Motion.

The grounds for this motion are as follows:

1. On October 21, 2015, Energetiq filed a Motion to Compel Excelitas to Produce Documents Wrongly Withheld as Privileged. (Doc. No. 181).

2. On November 5, 2015, Defendants filed an Opposition to Energetiq's Motion to Compel Excelitas to Produce Documents Wrongly Withheld as Privileged (Opposition). (Doc. No. 218).

3. Defendants' Opposition made novel arguments and provided new statements of declarants that were not provided to Energetiq before it received Defendants' Opposition. Energetiq's reply will assist the Court in determining the merits of the additional material.

4. Defendants do not oppose this motion.

5. The reply will not exceed ten (10) pages.

WHEREFORE, Energetiq respectfully requests that this Court grant it leave to file a reply brief in support of Energetiq's Motion to Compel. Energetiq also respectfully requests a period of one week from the filing date of this Motion to file the reply brief.

DATED: this 11th day of November, 2015.

Respectfully submitted,

**PROSKAUER ROSE LLP**

By */s/ Steven M. Bauer*
Steven M. Bauer, BBO #542531
Safraz W. Ishmael, BBO #657881
S. James Boumil, III, BBO #684361
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110-2600
(617) 526-9600 *telephone*
(617) 526-9899 *facsimile*
sbauer@proskauer.com
sishmael@proskauer.com
jboumil@proskauer.com

**Attorneys for Energetiq Technology, Inc.**

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Energetiq conferred with counsel for Defendants on the subject of this motion. Counsel for Defendants indicated that they do not oppose this motion.

*/s/ Steven M. Bauer*
Steven M. Bauer

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2015 I electronically filed this motion and its attachments with the Clerk of the Court by using the CM/ECF system. A copy of the documents will be served upon Defendants' counsel electronically via the CM/ECF system.

*/s/ Steven M. Bauer*
Steven M. Bauer
