**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC.,<br>                    Plaintiff,<br><br>v.<br><br>ASML NETHERLANDS B.V.,<br>EXCELITAS TECHNOLOGIES CORP., and<br>QIOPTIQ PHOTONICS GMBH & CO. KG,<br><br>                    Defendants. | Civil Action No. 1:15-cv-10240-LTS |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Energetiq Technology, Inc. ("Energetiq") hereby requests leave to extend the deadline for filing its Opposition to Defendants' Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 210) until December 3, 2015, which is the same date that the Court set *sua sponte* for Plaintiff to oppose Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 9,048,000 As To The "LS2."

Defendants do not oppose this motion.

WHEREFORE, Energetiq respectfully requests that the Court ALLOW this Motion.

DATED: this 11th day of November, 2015.

Respectfully submitted,


**PROSKAUER ROSE LLP**


By */s/ Steven M. Bauer*
    Steven M. Bauer, BBO #542531
    Safraz W. Ishmael, BBO #657881
    S. James Boumil, III, BBO #684361
    **PROSKAUER ROSE LLP**
    One International Place
    Boston, MA 02110-2600
    (617) 526-9600 *telephone*
    (617) 526-9899 *facsimile*
    sbauer@proskauer.com
    sishmael@proskauer.com
    jboumil@proskauer.com

    **Attorneys for Energetiq Technology, Inc.**

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Energetiq conferred with counsel for Defendants on the subject of this motion.  Defendants do not oppose this motion.

DATED this 11 day of November, 2015.

*/s/ Steven M. Bauer*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing was filed electronically with the clerk of Court, to be served upon counsel of record by operation of the Court's electronic filing system.

DATED this 11 day of November, 2015.

*/s/ Steven M. Bauer*