# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., </br></br> Plaintiff, </br></br> v. </br></br> ASML NETHERLANDS B.V., </br> EXCELITAS TECHNOLOGIES CORP., and </br> QIOPTIQ PHOTONICS GMBH & CO. KG, </br></br> Defendants. | Civil Action No. 1:15-cv-10240-LTS |

## [PROPOSED] SCHEDULING ORDER

Pursuant to the Court's November 5, 2015 Scheduling Order (Dkt. No. 215) and November 6, 2015 Electronic Order (Dkt. No. 219), it is ORDERED:

| | Event | Date |
|---|---|---|
| 1. | Energetiq's Reply in Support of its Motion to Compel Excelitas to Produce Documents Wrongly Withheld As Privileged (Motion to Compel) | November 18, 2015 |
| 2. | Initial disclosures | November 19, 2015 |
| 3. | Plaintiff's Preliminary Infringement Disclosures | November 25, 2015 |
| 4. | Joint Status Report | November 30, 2015 |
| 5. | Defendants' Preliminary Invalidity Disclosures and Preliminary Non-Infringement Disclosures | December 23, 2015 |

|     |                                                                      |                                                                             |
|-----|----------------------------------------------------------------------|-----------------------------------------------------------------------------|
| 6.  | Final date to amend pleadings                                        | January 25, 2016                                                            |
| 7.  | Joint Status Report                                                  | February 1, 2016                                                            |
| 8.  | Exchange of claim terms for construction, and proposed constructions | March 28, 2016                                                              |
| 9.  | Claim construction opening briefs                                    | April 20, 2016                                                              |
| 10. | Claim construction reply briefs                                      | May 2, 2016                                                                 |
| 11. | Joint Claim Construction and Prehearing Statement                    | May 16, 2016                                                                |
| 12. | Exchange of Technical Tutorials                                      | June 8, 2016                                                                |
| 13. | Claim Construction Hearing                                           | June 24, 2016 at 9:00am                                                     |
| 14. | Close of fact discovery                                              | October 17, 2016[1]                                                         |
| 15. | Plaintiff's Final Election of Asserted Claims[2]                     | October 26, 2016                                                            |
| 16. | Opening expert reports on issues for which a party bears the burden of proof | November 23, 2016                                                   |
| 17. | Final Infringement and Invalidity Contentions                        | Amendments and supplementations governed by Local Rule 16.6 Appendix E      |

---

[1] Either party may seek leave to obtain additional discovery and adjust the remaining deadlines in the schedule should the Court adopt a claim construction of a term that is different from that proposed by either party. Such motion for leave must be filed within 10 days of a claim construction order.

[2] No later than 28 days before the service of expert reports by the party with the burden of proof on an issue, Plaintiff shall serve a Final Election of Asserted Claims, which shall identify no more than five asserted claims per patent from among the ten previously identified claims and no more than a total of 16 claims. (*See* Federal Circuit Advisory Council, [Model] Order Limiting Excess Patent Claims and Prior Art, at ¶ 3; see also E.D. Tex. General Order N. 13-20)

| 18. | Rebuttal expert reports | December 23, 2016 |
| --- | --- | --- |
| 19. | Reply Expert Reports | January 6, 2017 |
| 20. | Close of expert deposition discovery | March 6, 2017 |
| 21. | Last day to file summary judgment motions | April 6, 2017 |
| 22. | Oppositions to summary judgment motions | April 27, 2017 |
| 23. | Summary judgment reply briefs | May 11, 2017 |
| 24. | Summary Judgment Hearing | At the Court's convenience |
| 25. | Joint pre-trial disclosures and motions *in limine* due | June 19, 2017 |
| 26. | Pre-trial conference | July 3, 2017 |
| 27. | Trial begins | July 10, 2017 |

SO ORDERED this 18th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE