**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASML NETHERLANDS B.V., ) <br> EXCELITAS TECHNOLOGIES CORP., and ) <br> QIOPTIQ PHOTONICS GMBH & CO. KG, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:15-cv-10240-LTS |

**EXCELITAS' MOTION FOR LEAVE TO FILE A SURREPLY TO ENERGETIQ'S MOTION TO COMPEL EXCELITAS TO PRODUCE DOCUMENTS**

Defendant Excelitas Technologies Corp. ("Excelitas") respectfully moves pursuant to Local Rule 7.1(b)(3) for leave to file a Sur-Reply in opposition to Energetiq's Motion to Compel Excelitas to Produce Documents (Dkt. 181).

The grounds for this motion are as follows:

1. On October 21, Plaintiff Energetiq Technology, Inc. ("Energetiq") filed its Motion to Compel Excelitas to Produce Documents (Dkt. 181).

2. On November 5, Excelitas filed its Opposition to Energetiq's Motion to Compel Excelitas to Produce Documents (Dkt. 218).

3. On November 20, Energetiq served its Reply in Support of its Motion to Compel Excelitas to Produce Documents.

4. Excelitas believes that the proposed Sur-Reply will assist the Court's consideration of the pending Motion to Compel. Excelitas will file the Sur-Reply within one week of an order granting leave to file.

5. Energetiq does not oppose the motion.

6. The Sur-Reply will be limited to ten pages and will be limited to issues raised by Energetiq in its Reply.

WHEREFORE, Excelitas respectfully requests that this Court grant leave to file the proposed Sur-Reply to Energetiq's Motion to Compel Excelitas to Produce Documents.

Dated: November 25, 2015

Respectfully submitted,

__/s/ Kevin S. Prussia_____
Kevin S. Prussia (BBO # 666813)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: 617) 526-5000
kevin.prussia@wilmerhale.com

James M. Dowd (Ca. Bar # 259578) (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel:  (213) 443-5300
Fax: (213) 443-5400
james.dowd@wilmerhale.com

**ATTORNEYS FOR EXCELITAS**

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Excelitas conferred with counsel for Energetiq on the subject of this motion. Counsel for Energetiq indicated that it does not oppose Excelitas's Motion.

/s/ *Kevin S. Prussia*
Kevin S. Prussia

## CERTIFICATE OF SERVICE

I hereby certify that this motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 25, 2015.

/s/ *Kevin S. Prussia*
Kevin S. Prussia