# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:15-cv-10240-LTS |
| | ) |
| ASML NETHERLANDS B.V., | ) |
| EXCELITAS TECHNOLOGIES CORP., and | ) |
| QIOPTIQ PHOTONICS GMBH & CO. KG, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' SUPPLEMENT TO
## JOINT STATUS REPORT

In the parties' November 30, 2015 Joint Status Report (Dkt. No. 236), Defendants informed the Court that the Patent Office's Patent Trial and Appeal Board ("PTAB") had instituted *inter partes* review ("IPR") proceedings with respect to four of the six patents-in-suit, and that institution of IPRs on the remaining two patents was expected imminently.

Defendants submit this supplement to update the Court that on November 30, 2015, shortly after the Joint Status Report was filed, the PTAB instituted IPR proceedings on the remaining two patents-in-suit.[1]

---

[1] The PTAB instituted IPR proceedings against U.S. Patent Nos. 8,969,841 and 9,048,000. (Exs. 1-2.)

Dated:  December 1, 2015                                        Respectfully submitted,

                                      */s/ Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
Shirley X. Li Cantin (BBO # 675377)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
shirley.cantin@wilmerhale.com

James M. Dowd (Ca. Bar # 259578) (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel:  (213) 443-5300
Fax:  (213) 443-5400
james.dowd@wilmerhale.com

**ATTORNEYS FOR ASML NETHERLANDS B.V., EXCELITAS TECHNOLOGIES CORP., and QIOPTIQ PHOTONICS GMBH & CO. KG,**

## CERTIFICATE OF SERVICE

I hereby certify that, on December 1, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A copy of the document will be served upon all counsel of record electronically via the CM/ECF system.

                                      */s/ Kevin S. Prussia*
                                      Kevin S. Prussia