IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ENERGETIQ TECHNOLOGY, INC.,
        Plaintiff,

v.

ASML NETHERLANDS B.V.,
EXCELITAS TECHNOLOGIES CORP., and
QIOPTIQ PHOTONICS GMBH & CO. KG,

        Defendants.

Civil Action No. 1:15-cv-10240-LTS

**ENERGETIQ'S UNOPPOSED MOTION TO IMPOUND ITS OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. NO. 206)
AND RENEWED MOTION TO DISMISS (DOC. NO. 210)**

Pursuant to Local Rule 7.2, Plaintiff Energetiq Technology, Inc. ("Energetiq") hereby moves for an order sealing and impounding its forthcoming Opposition to Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 9,048,000 as to the "LS2" (Doc. No. 206) and Opposition to Defendants' Motion Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 210), together with supporting papers.

Grounds for the motion to impound are as follows:

1.     Energetiq will be filing its two Oppositions and supporting papers, which include information that the Defendants contend is confidential, including materials that are designated as "patent sensitive."

2.     These papers are necessary for the Court to fairly determine, on the merits, Energetiq's Oppositions.

3. Energetiq seeks an impoundment order that would keep these materials under seal until the conclusion of this case, including any appeals. Upon conclusion of this case, including any appeals, Energetiq requests the return of these documents to Energetiq's counsel of record.

WHEREFORE, Energetiq respectfully requests that documents related to the following be impounded until further Order of the Court: Energetiq's Opposition to Defendant's Motion for Summary Judgment of Non-Infringement (Doc. No. 206) and Energetiq's Opposition to Defendants' Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 210).

DATED: this 1st day of December, 2015.

Respectfully submitted,

**PROSKAUER ROSE LLP**

By */s/ Steven M. Bauer*
Steven M. Bauer, BBO #542531
Safraz W. Ishmael, BBO #657881
S. James Boumil, III, BBO #684361
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110-2600
(617) 526-9600 *telephone*
(617) 526-9899 *facsimile*
sbauer@proskauer.com
sishmael@proskauer.com
jboumil@proskauer.com

**Attorneys for Energetiq Technology, Inc.**

## CERTIFICATE OF CONFERENCE

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiff met and conferred with counsel for Defendants as to the substance to the motion, and counsel for the Defendants has agreed that these documents should be filed under seal.

DATED this 1st day of December, 2015.

*/s/ Steven M. Bauer*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing was filed electronically with the clerk of Court, to be served upon counsel of record by operation of the Court's electronic filing system.

DATED this 1st day of December, 2015.

*/s/ Steven M. Bauer*