# EXHIBIT 3

# Yu, William

| | |
|---|---|
| **From:** | Yu, William |
| **Sent:** | Friday, November 13, 2015 2:24 PM |
| **To:** | Boumil III, S. James |
| **Cc:** | PR Energetiq ASML; WH ASML Energetiq |
| **Subject:** | RE: ASML/Energetiq: Proposed Schedule |
| | |
| **Categories:** | Green Category |

James,

You still refuse to answer our question. Accordingly, we can only assume that Energetiq intends to break its promise and will serve infringement contentions identifying more than 32 total claims and more than 10 claims per patent. That Energetiq would go back on its agreement is troubling to us and we intend to file a motion with the court. Of course, if we are misconstruing your responses below (or lack thereof), and Energetiq does intend to follow through with its promise to limit the claims to "no more than ten claims from each patent and not more than a total of 32 claims," then please let us know right away. We have asked this question three times now. We do not understand why you refuse to provide a straight answer.

As far as the filing today, your proposed statement is incorrect. Please revise it to say:

> Pursuant to the Court's November 5, 2015 Scheduling Order (Dkt. No. 215) and November 6, 2015 Electronic Order (Dkt. No. 219), it is ORDERED:

Regards,
Will

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Friday, November 13, 2015 1:28 PM
**To:** Yu, William
**Cc:** PR Energetiq ASML; WH ASML Energetiq
**Subject:** RE: ASML/Energetiq: Proposed Schedule

Will,

The footnote you reference is directly linked to the item that the Court struck in its entirety. It is not appropriate to add back in exactly what the Court struck.

Attached is the statement we plan to file. It says that Defendants have no issue with the calendar but will not assent to its filing "jointly." Please let us know by 5 pm whether we can remove that sentence.

We see nothing more to discuss here.

Regards,

James

**S. James Boumil III**
Attorney at Law

[Proskauer](#)
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
[jboumil@proskauer.com](mailto:jboumil@proskauer.com)
green spaces
Please consider the environment before printing this email.

---

**From:** Yu, William [mailto:William.Yu@wilmerhale.com]
**Sent:** Friday, November 13, 2015 3:55 PM
**To:** Boumil III, S. James
**Cc:** PR Energetiq ASML; WH ASML Energetiq
**Subject:** RE: ASML/Energetiq: Proposed Schedule

James,

It is necessary to discuss this now, as the schedule should reflect Energetiq's agreement to elect asserted claims.  In the parties' Joint Status Report and Rule 26(f) Report, Energetiq agreed to provide a "Preliminary Election of Asserted Claims, which shall assert no more than ten claims from each patent and not more than a total of 32 claims" on October 30, 2015 (Dkt. No. 182 at 29).  You have not answered our question:  Does Energetiq intend to break its promise to narrow the claims to "no more than ten claims from each patent and not more than a total of 32 claims"?

Regards,
Will

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Friday, November 13, 2015 10:51 AM
**To:** Yu, William; WH ASML Energetiq
**Cc:** PR Energetiq ASML
**Subject:** RE: ASML/Energetiq: Proposed Schedule

Will,

You haven't answered our question.  Is this schedule okay to file?  We can discuss all other issues at the appropriate time.

In addition, and unrelated to the schedule, can you please point me to the so-called agreement you are referencing?

Regards,

James

**S. James Boumil III**
Attorney at Law

[Proskauer](#)
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
[jboumil@proskauer.com](mailto:jboumil@proskauer.com)
green spaces
Please consider the environment before printing this email.

**From:** Yu, William [mailto:William.Yu@wilmerhale.com]
**Sent:** Friday, November 13, 2015 1:26 PM
**To:** Boumil III, S. James
**Cc:** PR Energetiq ASML; WH ASML Energetiq
**Subject:** RE: ASML/Energetiq: Proposed Schedule

James,

Energetiq agreed to limit its asserted claims to "no more than ten claims from each patent and not more than a total of 32 claims." That was an agreement between the parties. If Energetiq is now reneging on that agreement—which is not clear from your email below—then that would raise obvious concerns. So please answer our question: Does Energetiq intend to break its promise to narrow the claims to "no more than ten claims from each patent and not more than a total of 32 claims"? If Energetiq intends to assert more than ten claims from any one patent, or more than 32 total, we need to know now so that we can seek relief from the Court.

Addressing the final paragraph of your email, Defendants have produced more than 175,000 pages of documents related to the accused products, which is far more discovery than L.R. 16.6 contemplates will have occurred by the default deadline for plaintiff's infringement contentions. These documents permit Energetiq to identify asserted claims and provide its infringement contentions (to the extent it has any) with particularity. Indeed, Energetiq told the Court that this production "allowed Energetiq to confirm its pre-filing beliefs, both that the defendants intentionally chose to, and are, infringing Energetiq's patents." This statement, and Energetiq's further representation that it was ready to file infringement contentions on 10/30, are inconsistent with your subsequent suggestion that Energetiq lacks information to identify asserted claims.

Kind regards,
Will


**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Friday, November 13, 2015 10:21 AM
**To:** Yu, William
**Cc:** PR Energetiq ASML; WH ASML Energetiq
**Subject:** RE: ASML/Energetiq: Proposed Schedule

Will,

Our joint schedule is due at 6PM today. We attach a final version for your review, which implements the revisions we provided yesterday and comports with the Court's express order.

Please let us have your final approval to file the schedule, and please let us know whose e-signature should be used.

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com

green spaces
Please consider the environment before printing this email.

---

**From:** Boumil III, S. James
**Sent:** Thursday, November 12, 2015 11:22 AM
**To:** 'Yu, William'; Ishmael, Safraz W.
**Cc:** PR Energetiq ASML; WH ASML Energetiq
**Subject:** RE: ASML/Energetiq: Proposed Schedule

Will,

The Court's November 5 Scheduling Order expressly removed the provision you now seek to re-insert:

> Item #3, "Plaintiff's Preliminary Election of Asserted Claims" is STRUCK. While the Court encourages the Plaintiff to streamline and focus its case, the Court declines to adopt the procedure proposed in Item #3.

Scheduling Order at 1.

We have no objection to adjusting deadlines that fall on weekends or holidays. Attached is a corrected, revised schedule as the Court ordered it.

Finally, Energetiq agrees that we both should discuss streamlining and focusing the case, but that needs to be outside this scheduling order. To begin the dialogue, we suggest that Defendants agree to provide us with schematic drawings that they regard as current, accurate representations of both the LS1 and the LS2. With such schematics in hand, we can then better determine which specific claims might be asserted. Absent that, our preliminary infringement contentions will necessarily be only as good as the information we currently have, subject to change with discovery.

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f 617.526.9899
jboumil@proskauer.com

green spaces
Please consider the environment before printing this email.

---

**From:** Yu, William [mailto:William.Yu@wilmerhale.com]
**Sent:** Wednesday, November 11, 2015 1:27 PM
**To:** Ishmael, Safraz W.
**Cc:** PR Energetiq ASML; WH ASML Energetiq
**Subject:** ASML/Energetiq: Proposed Schedule

Safraz,

Pursuant to the Court's November 6, 2015 Electronic Order (Dkt. No. 219), the parties must submit a schedule by this Friday. Attached is a proposed draft, which takes Exhibit 1 to the Joint Status Report and modifies it to reflect the Court's order. We also made two further changes. First, we adjusted some of the dates that fell on a weekend or holiday. Second, we inserted a notice to the Court regarding Energetiq's Preliminary Election of Asserted Claims. Recall

that we had agreed to a Preliminary Election of Asserted Claims that would limit Energetiq to "no more than ten claims from each patent and not more than a total of 32 claims." Energetiq had proposed to make that disclosure on October 30. Defendants' proposal allowed Energetiq until November 11 to make the disclosure. While the Court did not adopt the parties' agreed-upon procedure, it has made clear on several occasions that it expects the parties to work together to find ways to streamline the case. Given the parties' prior agreement and Energetiq's prior representation that it intended to elect claims on October 30, we assume that Energetiq has no objection to making this disclosure tomorrow. Providing an early election of claims is necessary and appropriate given the discovery that Energetiq has already received and the shortening of the time for Defendants to provide invalidity and non-infringement contentions (from the default 60 to 28 days). If Energetiq does not intend to follow through on its agreement to make this disclosure and to limit it to "no more than ten claims from each patent and not more than a total of 32 claims," please let us know right away.

Regards,
Will

**William Yu | WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5342 (t)
+1 213 443 5400 (f)
william.yu@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.



************************************************************************************
***********************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
************************************************************************************
***********************************************************