# EXHIBIT 4

# Yu, William

| | |
|---|---|
| **From:** | Yu, William |
| **Sent:** | Thursday, December 03, 2015 2:15 PM |
| **To:** | Boumil III, S. James |
| **Cc:** | PR Energetiq ASML; WH ASML Energetiq |
| **Subject:** | RE: Energetiq's Preliminary Infringement Contentions |
| **Categories:** | Yellow Category, Green Category |

James,

We have received Energetiq's Preliminary Infringement Contentions, which asserts "at least" 67 total claims from the patents-in-suit, more than double the number of claims it previously agreed to assert (Dkt. No. 182 at 29). In view of the more than doubling of asserted claims, we write to see if Energetiq will consent to a 30-day extension of the due date for Defendants' invalidity and non-infringement contentions.

Regards,
Will

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Wednesday, November 25, 2015 1:07 PM
**To:** Oppenheimer, Elisabeth M.; WH ASML Energetiq
**Cc:** PR Energetiq ASML
**Subject:** Energetiq's Preliminary Infringement Contentions

Dear Elisabeth:

Please see the attached.

Regards,

James

### S. James Boumil III
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*