**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:15-cv-10240-LTS |
| | ) |
| ASML NETHERLANDS B.V., | ) |
| EXCELITAS TECHNOLOGIES CORP., and | ) |
| QIOPTIQ PHOTONICS GMBH & CO. KG, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**

Defendants' ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq Photonics GmbH & Co. KG (collectively, "Defendants") motion to compel supplementation of Energetiq's Rule 26 Initial Disclosures is hereby GRANTED.  Energetiq is ordered to supplement its initial disclosures to identify the following, within seven (7) days of the entry of this Order:

- All documents and information in its possession related to its claim of lost sales, including (1) identification of the Energetiq product it contends competes or has competed with the accused devices; (2) all agreements, purchase orders, or other contracts for sale of such competing product; (3) documents sufficient to show Energetiq's quarterly profit margin on such competing product; (4) the extent of lost sales that Energetiq alleges in an approximate dollar amount; and (5) how that amount was calculated.

- All documents and information in its possession related to its claim of a reasonable royalty, including (1) all proposed or executed agreements (including without

- 2 -

limitation license agreements, purchase orders, investment agreements, or any other contract) providing rights to a third-party under the patents-in-suit, including the consideration paid or received under those agreements; (2) a complete statement of Energetiq's contentions regarding the royalty rate that it asserts in this litigation; (3) a complete statement of Energetiq's contentions regarding the royalty base that it asserts in this litigation (by year); (4) a complete statement of Energetiqs' contentions regarding each asserted *Georgia Pacific* factor, and all evidence Energetiq relies on for each factor (except for evidence that is in the possession of Defendants); and (5) all license agreements that Energetiq may rely on as comparable for reasonable royalty purposes.

IT IS SO ORDERED.

## CERTIFICATE OF SERVICE

      I, Kevin S. Prussia, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 14th day of December, 2015.

                                    */s/ Kevin S. Prussia*
                                    Kevin S. Prussia