UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASML NETHERLANDS B.V., )<br>EXCELITAS TECHNOLOGIES CORP., and )<br>QIOPTIQ PHOTONICS GMBH & CO. KG, )<br>)<br>Defendants. ) | Civil Action No. 1:15-cv-10240-LTS |

## DECLARATION OF KEVIN S. PRUSSIA, ESQ.

I, Kevin S. Prussia, make oath and state as follows:

1. I am an attorney of record for Defendants on this matter. I have personal knowledge of the facts set forth herein, and, if called as a witness, would testify competently to those facts.

2. Attached as Exhibit A is a true and correct copy of Energetiq's Initial Disclosures Pursuant to Rule 26(A) served on November 10, 2015.

3. Attached as Exhibit B is a true and correct copy of correspondence between the parties dated December 4, 2015.

4. Attached as Exhibit C is a true and correct copy of correspondence between the parties dated November 19, 2015.

5. Attached as Exhibit D is a true and correct copy of correspondence between the parties dated November 13, 2015.

6.      Attached as Exhibit E is a true and correct copy of correspondence between the parties dated December 4, 2015.

7.      Attached as Exhibit F is a true and correct copy of correspondence between the parties dated December 8, 2015.

8.      I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 14th day of December, 2015.

*/s/ Kevin S. Prussia*
Kevin S. Prussia

**CERTIFICATE OF SERVICE**

I, Kevin S. Prussia, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 14th day of December, 2015.

*/s/ Kevin S. Prussia*
Kevin S. Prussia