# EXHIBIT B

# Zhong, Elaine

| | |
|---|---|
| **From:** | Zhong, Elaine |
| **Sent:** | Friday, December 04, 2015 3:06 PM |
| **To:** | Boumil III, S. James |
| **Cc:** | PR Energetiq ASML; WH ASML Energetiq |
| **Subject:** | RE: Energetiq v. ASML Netherlands BV et al., No. 1:15-cv-10240-LTS (D. Mass.) |

James,

Thank you for meeting and conferring today. This is to follow up on our conversation.

We explained in our November 13 and 19 letters that Energetiq's initial damages disclosures are deficient under FRCP 26(a)(1)(A)(iii). As we stated during our call, Energetiq should have information at this point related to at least its claims of lost profits and a reasonable royalty. During the call you suggested that Energetiq was not in a position to provide detail regarding its claims because, as you put it, financial information regarding the accused devices is in Defendants' possession. But, as we explained, there certainly is information in Energetiq's possession that should allow it to provide an appropriate disclosure. For example, with respect to any lost profits claim, Energetiq should be able to identify right now the extent of loss of its own sales of its own supposedly competing product in a dollar amount and should be able to disclose how that amount was calculated. It is not clear to us how not having access to financial information regarding Defendants' products precludes Energetiq from doing that. Likewise, with respect to Energetiq's claim for a reasonable royalty, we explained that, at the very least, Energetiq should know—right now—its claimed royalty rate, the amount of any royalties it has already received for the patents-in-suit, and any license agreements it has for the patents-in-suit. If this information is available, it should be provided automatically as part of Energetiq's initial disclosures. We stated on our call that the reason for providing this information now is to allow the parties to assess this case going forward, and to allow the Court to understand whether Energetiq's sought-after discovery is proportionate to the amount in controversy.

We understand it is your position that Local Rule 26.1 does not require Energetiq to provide a calculation of its damages at this time, absent an order from the judge. For the reasons we stated on our call, we disagree with this reading of Local Rule 26.1 – we do not believe it relieves Energetiq of its obligation to provide disclosures under the federal rules. Nevertheless, we understand that you will discuss further with your team about supplementing Energetiq's disclosures, and will hear back from you by next week.

Best,
Elaine

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Thursday, December 03, 2015 3:28 PM
**To:** Zhong, Elaine; WH ASML Energetiq
**Cc:** PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML Netherlands BV et al., No. 1:15-cv-10240-LTS (D. Mass.)

Elaine,

We are available between 9AM and 5PM EST tomorrow. Please let me know what time works for you.

Regards,

James

1

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

---

**From:** Zhong, Elaine [mailto:Elaine.Zhong@wilmerhale.com]
**Sent:** Wednesday, December 02, 2015 2:54 PM
**To:** Boumil III, S. James; WH ASML Energetiq
**Cc:** PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML Netherlands BV et al., No. 1:15-cv-10240-LTS (D. Mass.)

James,

Your original email stated that you were available Wednesday and Thursday.  We are available today between 4 and 5 EST, and tomorrow between 12 and 8 pm EST.  Please let us know which of these times works.

Best,
Elaine

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Wednesday, December 02, 2015 8:29 AM
**To:** Zhong, Elaine; WH ASML Energetiq
**Cc:** PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML Netherlands BV et al., No. 1:15-cv-10240-LTS (D. Mass.)

Elaine,

Unfortunately 2PM EST today does not work.  Does any time on Friday?

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

---

**From:** Zhong, Elaine [mailto:Elaine.Zhong@wilmerhale.com]
**Sent:** Tuesday, December 01, 2015 4:37 PM
**To:** Boumil III, S. James; WH ASML Energetiq

**Cc:** PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML Netherlands BV et al., No. 1:15-cv-10240-LTS (D. Mass.)

James,

Does 2:00 EST/11:00 PST tomorrow work for you?  If so, we can use my dial in:

1-800-227-6333
Access code: 712-5378

Thanks,
Elaine

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Tuesday, December 01, 2015 1:10 PM
**To:** Zhong, Elaine; WH ASML Energetiq
**Cc:** PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML Netherlands BV et al., No. 1:15-cv-10240-LTS (D. Mass.)

Elaine,

We have been tied up today; do you have any availability to discuss tomorrow or the next day?  Please let us know.

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

---

**From:** Zhong, Elaine [mailto:Elaine.Zhong@wilmerhale.com]
**Sent:** Monday, November 30, 2015 7:48 PM
**To:** Boumil III, S. James
**Cc:** PR Energetiq ASML; WH ASML Energetiq
**Subject:** RE: Energetiq v. ASML Netherlands BV et al., No. 1:15-cv-10240-LTS (D. Mass.)

James,

We have also not heard from Energetiq regarding its initial damages disclosures (see the attached letters).   Please let us know your availability for a meet and confer tomorrow afternoon.

Best,
Elaine

**Elaine Zhong | WilmerHale**
350 South Grand Avenue, Suite 2100

Los Angeles, CA 90071 USA
+1 213 443 5378 (t)
+1 213 443 5400 (f)
elaine.zhong@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Zhong, Elaine
**Sent:** Thursday, November 19, 2015 6:56 PM
**To:** jboumil@proskauer.com
**Cc:** PR Energetiq ASML; WH ASML Energetiq
**Subject:** Energetiq v. ASML Netherlands BV et al., No. 1:15-cv-10240-LTS (D. Mass.)

James,

Please see attached letter.

Best,
Elaine

**Elaine Zhong | WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5378 (t)
+1 213 443 5400 (f)
elaine.zhong@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

****************************************************************************************
***********************************************************

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
****************************************************************************************
***********************************************************