**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:15-cv-10240-LTS |
| ASML NETHERLANDS B.V., EXCELITAS TECHNOLOGIES CORP., and QIOPTIQ PHOTONICS GMBH & CO. KG, | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS RENEWED MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Local Rule 7.1(b)(3), Defendants seek leave to file a reply brief in support of Defendant's Renewed Motion to Dismiss for Lack of Personal Jurisdiction.  (Dkt. No. 210.) Defendants expect that this brief will assist the Court in ruling on the Motion.

The grounds for this motion are as follows:

1. On November 3, 2015, Defendants filed a Renewed Motion to Dismiss for Lack of Personal Jurisdiction.  (Dkt. No. 210.)

2. On December 3, 2015, Plaintiff filed an Opposition to Defendants' Motion.  (Dkt. No. 252.)

3. Defendants' reply will assist the Court in determining the merits of Plaintiffs' arguments raised for the first time in its Opposition.

4. Plaintiff does not oppose this motion.

5. The reply will not exceed eight (8) pages.

WHEREFORE, Defendants respectfully requests that this Court grant it leave to file a reply brief in support of Defendants' Renewed Motion to Dismiss.

Respectfully submitted,

Dated:  December 16, 2015     ASML NETHERLANDS B.V.,
                              EXCELITAS TECHNOLOGIES CORP.
                              QIOPTIQ PHOTONICS GMBH & CO. KG

By their Attorneys,

/s/ *Kevin S. Prussia*
James M. Dowd (*pro hac vice*; CA # 259578)
Kevin S. Prussia (BBO # 666813)
Elisabeth M. Oppenheimer (BBO # 686312)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
james.dowd@wilmerhale.com
kevin.prussia@wilmerhale.com
elisabeth.oppenheimer@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants conferred with counsel for Plaintiff on the subject of this motion.  Counsel for Energetiq indicated that it does not oppose Defendants' Motion for Leave.

/s/ *Kevin S. Prussia*
Kevin S. Prussia

## CERTIFICATE OF SERVICE

I hereby certify that this motion and its attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 16, 2015.

/s/ *Kevin S. Prussia*
Kevin S. Prussia