**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASML NETHERLANDS B.V., )<br>EXCELITAS TECHNOLOGIES CORP., and )<br>QIOPTIQ PHOTONICS GMBH & CO. KG, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:15-cv-10240-LTS |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF AND ACCOMPANYING DECLARATION AND EXHIBITS IN SUPPORT OF ITS MOTION TO ENFORCE THE PARTIES' AGREEMENT LIMITING THE NUMBER OF ASSERTED CLAIMS AND TO EXTEND THE TIME PERIOD FOR DEFENDANTS' INVALIDITY AND NON-INFRINGEMENT CONTENTIONS TO THE DEFAULT 60-DAY PERIOD SET FORTH IN THE PATENT LOCAL RULES**

Pursuant to Local Rule 7.1(b)(3), Defendants seek leave to file a 3-page reply brief and accompanying declaration and exhibits in support of Defendant's Motion to Enforce the Parties' Agreement Limiting the Number of Asserted Claims and to Extend the Time Period for Defendants' Invalidity and Non-Infringement Contentions to the Default 60-Day Period Set Forth in the Patent Local Rules. (Dkt. No. 262.) Defendants' proposed brief is attached to this motion as Exhibit A. Defendants expect that this brief will assist the Court in ruling on the Motion as, among other things, Plaintiff's opposition wrongly asserts that the Motion is moot in view of its recently-filed petition to the United States International Trade Commission ("ITC") requesting an investigation into "importation of laser-driven light sources and products containing the same." (Dkt. 275 at 1.) Plaintiff's ITC Petition was filed subsequent to the

Motion and, thus, Defendants had no opportunity to address it. As explained in the proposed reply brief, the ITC Petition illustrates why Defendants' Motion should be granted now.

WHEREFORE, Defendants respectfully requests that this Court grant it leave to file a reply brief in support of the Motion.

Respectfully submitted,

Dated:  December 17, 2015         ASML NETHERLANDS B.V.,
                                  EXCELITAS TECHNOLOGIES CORP.
                                  QIOPTIQ PHOTONICS GMBH & CO. KG

By their Attorneys,

/s/ *Kevin S. Prussia*
James M. Dowd (*pro hac vice*; CA # 259578)
Kevin S. Prussia (BBO # 666813)
Elisabeth M. Oppenheimer (BBO # 686312)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
james.dowd@wilmerhale.com
kevin.prussia@wilmerhale.com
elisabeth.oppenheimer@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com

- 3 -

**CERTIFICATE OF CONSULTATION**

I, Kevin S. Prussia, hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Defendants sought consent from counsel for Plaintiff regarding the subject matter of this motion, but were not able to reach agreement.

*/s/ Kevin S. Prussia*
Kevin S. Prussia

**CERTIFICATE OF SERVICE**

I, Kevin S. Prussia, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 17th day of December, 2015.

*/s/ Kevin S. Prussia*
Kevin S. Prussia