## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 1:15-cv-10240-LTS<br>)<br>ASML NETHERLANDS B.V., )<br>EXCELITAS TECHNOLOGIES CORP., and )<br>QIOPTIQ PHOTONICS GMBH & CO. KG, )<br>)<br>Defendants. )<br>) | |

## DECLARATION OF KEVIN S. PRUSSIA, ESQ.

I, Kevin Prussia, make oath and state as follows:

1. I am an attorney of record for Defendants on this matter. I have personal knowledge of the facts set forth herein, and, if called as a witness, would testify competently to those facts.

2. Attached as Exhibit 1 is a true and correct copy of an October 20, 2015 email from William Yu to James S. Boumil III. Attached to the email is a Word document titled "Defendants Statement – Joint Report (10_20_2015).docx".

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the Word document titled "Defendants Statement – Joint Report (10_20_2015).docx" that was included as an attachment to the email marked as Exhibit 1. The removed pages contain confidential information not germane to resolution of the pending motion.

4. Attached as Exhibit 3 is a true and correct copy of an October 21, 2015 email from James S. Boumil III to William Yu.  Attached to the email is a PDF document titled "2015-10-21 [PROPOSED REDACTIONS] Joint Status Report and Rule 26(f) Report."

5. Attached as Exhibit 4 is a true and correct copy of the PDF document titled "2015-10-21 [PROPOSED REDACTIONS] Joint Status Report and Rule 26(f) Report" that was included as an attachment to the email marked as Exhibit 3.

6. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 17th day of December, 2015.

       /s/ Kevin S. Prussia_____
       Kevin S. Prussia

**CERTIFICATE OF SERVICE**

I, Kevin S. Prussia, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 17th day of December, 2015.

       /s/ Kevin S. Prussia
       Kevin S. Prussia