## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:15-cv-10240-LTS |
| | ) **FILED UNDER SEAL** |
| ASML NETHERLANDS B.V., | ) |
| EXCELITAS TECHNOLOGIES CORP., and | ) |
| QIOPTIQ PHOTONICS GMBH & CO. KG, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT AND RULE 26(f) REPORT

Pursuant to the Court's July 9, 2015 scheduling order (Dkt. No. 120), the Court's October 9, 2015 order rescheduling the scheduling conference (Dkt. No 175), Rule 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16.1 and 16.6, Plaintiff Energetiq Technology, Inc. ("Energetiq") and Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq Photonics GmbH & Co. KG (collectively, "Defendants") hereby submit this joint report.

### I.   DISCOVERY PLAN

Pursuant to Rule 26(f)(3) of the Federal Rules of Civil Procedure, the parties submit the following discovery plan.

#### A.   Rule 26(a) Initial Disclosures

The parties' respective positions on the timing for providing initial disclosures are set forth in Section VI below.

#### B.   Subjects On Which Discovery May Be Needed

*Energetiq's Statement:*

ActiveUS 148731757v.9

Pursuant to LR 16.1(c), Energetiq presented a written settlement proposal to Defendants on ____.

## IV. LOCAL RULE 16.1(D)(3) CERTIFICATIONS

The parties' certifications pursuant to LR 16.1(D)(3) are attached hereto as Exhibits B, C, D and E.

## V. ADDITIONAL ITEMS FOR CONSIDERATION UNDER LOCAL RULE 16.6

### A. Timing for Disclosing Contentions

The parties' respective positions on the timing for disclosing initial infringement and invalidity positions are set forth in Section VI below.

### B. Claim Construction Exchanges

The parties' respective positions on the timing of claim construction exchanges are set forth in Section VI below.

### C. Timing and Procedure for Claim Construction Hearing

*Energetiq's position*:

*Defendants' position*:

Defendants' positions on the timing and procedure for claim construction are set forth in Section VI below.

### D. Technology Tutorials

The parties believe that any necessary technology tutorial can be combined with the claim construction hearing.

### E. Dispositive Issues

Discovery and the parties' claim construction exchanges and discussions may identify potential dispositive issues. The parties propose in their respective schedules below deadlines for summary judgment motions.

### F. Filing Under Seal

Pursuant to Section 12.3 of the Court's Protective Order (Dkt. No. 173), all protected material which are filed with the Court shall be filed under seal in accordance with the Court's rules governing filing of such material.

### G. Procedures for Electronically Stored Information

The Court's ESI order (Dkt. No. 139) shall govern the procedures for electronically stored information.

## VI. PROPOSED SCHEDULE

### a. Discovery

The parties submit below their respective proposed schedules for the remainder of the case.

|     | Event | Energetiq's Proposal | Defendants' Proposal[18] |
| --- | --- | --- | --- |
| 1. | Initial disclosures | October 23, 2015 | 14 days after entry of Scheduling Order |
| 2. | Plaintiff's Preliminary Election of Asserted Claims[19] | N/A | November 11, 2015 |

---

[18] A clean and sequential version of Defendants' proposed schedule is attached as Exhibit 1.
[19] Preliminary Election of Asserted Claims, which shall assert no more than ten claims from each patent and not more than a total of 32 claims. (*See* Federal Circuit Advisory Council, [Model] Order Limiting Excess Patent Claims and Prior Art, at ¶ 2; see also E.D. Tex. General Order N. 13-20)

|   |   |   | (See Local Rule 16.6 Appendix E § A.1) |
|---|---|---|---|
| 3. | Plaintiff's Preliminary Infringement Disclosures | October 30, 2015 | November 25, 2015<br><br>(See Local Rule 16.6 Appendix E § A.1) |
| 4. | Defendants' Preliminary Invalidity Disclosures and Preliminary Non-Infringement Disclosures | November 13, 2015 | January 25, 2016<br><br>(See Local Rule 16.6 Appendix E §§ A.1, A.2) |
| 5. | Final date for all documents to be produced | November 23, 2015 | N/A |
| 6. | Final date to amend pleadings | N/A | May 6, 2016 |
| 7. | Exchange of claim terms for construction, and proposed constructions | December 4, 2015 | May 26, 2016<br><br>(See Local Rule 16.6 Appendix E § B.1) |
| 8. | Close of fact discovery | December 30, 2015 | October 17, 2016[20] |
| 9. | Plaintiff's Final Election of Asserted Claims[21] | N/A | October 26, 2016 |

---

[20] Either party may seek leave to obtain additional discovery and adjust the remaining deadlines in the schedule should the Court adopt a claim construction of a term that is different from that proposed by either party. Such motion for leave must be filed within 10 days of a claim construction order.

| 10. | Opening expert reports on issues for which a party bears the burden of proof | January 4, 2016 | November 23, 2016 |
| 11. | Final Infringement and Invalidity Contentions | January 4, 2016 | Amendments and supplementations governed by Local Rule 16.6 Appendix E |
| 12. | Rebuttal expert reports | January 18, 2016 | December 23, 2016 |
| 13. | Reply Expert Reports | N/A | January 6, 2017 |
| 14. | Claim construction opening briefs | January 22, 2016 | June 16, 2016  (See Local Rule Appendix E § B.2) |
| 15. | Claim construction reply briefs | February 5, 2016 | June 30, 2016  (See Local Rule Appendix E § B.2) |
| 16. | Joint Claim Construction and Prehearing Statement | N/A | July 16, 2016 (See Local Rule Appendix § B.4) |
| 17. | Exchange of Technical Tutorials | N/A | August 8, 2016 (See Local Rule |

---

[21] No later than 28 days before the service of expert reports by the party with the burden of proof on an issue, Plaintiff shall serve a Final Election of Asserted Claims, which shall identify no more than five asserted claims per patent from among the ten previously identified claims and no more than a total of 16 claims.  (*See* Federal Circuit Advisory Council, [Model] Order Limiting Excess Patent Claims and Prior Art, at ¶ 3; see also E.D. Tex. General Order N. 13-20)

- 17 -

| | | | Appendix § B.4.b) |
|---|---|---|---|
| 18. | Claim Construction Hearing | March 8, 2016 | August 15, 2016, or at the Court's convenience<br><br>(See Local Rule Appendix E § C) |
| 19. | Last day to file summary judgment motions | January 22, 2016 | April 6, 2017 |
| 20. | Oppositions to summary judgment motions | February 5, 2016 | 21 days after motion<br><br>(See Local Rule 56.1) |
| 21. | Summary judgment reply briefs | February 12, 2016 | 14 days after opposition<br><br>(See Local Rule 56.1) |
| 22. | Summary Judgment Hearing | March 8, 2016 | At the Court's convenience |
| 23. | Close of expert deposition discovery | February 1, 2016 | March 6, 2017 |
| 24. | Joint pre-trial disclosures and motions *in limine* due | March 1, 2016 | 14 days prior to pre-trial conferences |
| 25. | Pre-trial conference | March 8, 2016 | July 3, 2017, or at the Court's convenience |
| 26. | Trial begins | March 15, 2016 | July 10, 2017 or at the Court's convenience |

b. **Renewed Motions**

The parties submit below their respective proposed schedules for any renewed motions that arose out of Phase I discovery..

|     | **Event** | **Energetiq's Proposal** | **Defendants' Proposal** |
| --- | --- | --- | --- |
| 27. | Energetiq's motion for temporary restraining order/preliminary injunction to be filed | October 20, 2015 | TBD, only on a motion for leave, if any, which shall include a detailed factual showing by Plaintiff of what allegedly infringing activity in the United States it seeks to enjoin, and by whom, supported by evidence adduced during Phase I discovery. Defendants' opposition to the motion for leave shall be due 14 days later.  If the Court grants the motion for leave, Plaintiff shall be permitted to file its motion for TRO/PI. Defendants shall thereafter be entitled to TRO/PI Discovery, which may include document requests, interrogatories, requests for admission and depositions seeking discovery of any topic related to the *eBay/Apple* factors. |
| 1. | Plaintiff's Document Production in response to Defendants' TRO/PI Discovery Requests to be completed by | | 30 days after service of Defendants' TRO/PI Discovery Requests |
| 2. | Depositions in response to Defendants' TRO/PI Discovery Requests to be completed by | | 30 days after document production deadline |
| 28. | Opposition to motion for temporary restraining order/preliminary injunction | October 23, 2015 | 14 days after completion of TRO/PI Discovery |

| 29. | Hearing on motion for temporary restraining order | November 4, 2015 | TBD, if any |
| 30. | Hearing on motion for preliminary injunction | November 16, 2015 | TBD, if any |
| 3. | Defendants' Motion for Summary Judgment of No Jurisdiction for the LS1 to be Filed | | November 3, 2015 |
| 4. | Defendants' Renewed Motion to Stay to be Filed | | TBD, pending IPR institution decisions |
| 5. | Opposition to Defendant's Renewed Motion to Stay | | 7 days after motion |

Dated:  October 21, 2015                                   Respectfully submitted,

/s/                                                                          /s/
Steven M. Bauer (BBO #542531)                  Kevin S. Prussia (BBO # 666813)
Safraz W. Ishmael  (BBO #657881)                Shirley X. Li Cantin (BBO # 675377)
S. James Boumil III (BBO #684361)               Wilmer Cutler Pickering Hale and Dorr LLP
PROSKAUER ROSE LLP                              60 State Street
One International Place                                    Boston, Massachusetts 02109
Boston, MA  02110-2600                                 Tel:  (617) 526-6000
Telephone: (617) 526-9600                             Fax:  (617) 526-5000
Facsimile: (617) 526-9899                               shirley.cantin@wilmerhale.com
sbauer@proskauer.com
sishmael@proskauer.com                               James M. Dowd (Ca. Bar # 259578) (*pro hac vice*)
jboumil@proskauer.com                                 Wilmer Cutler Pickering Hale and Dorr LLP
                                                                         350 South Grand Avenue, Suite 2100
                                                                         Los Angeles, CA 90071
**ATTORNEYS FOR**                                         Tel:  (213) 443-5300
**ENERGETIQ TECHNOLOGY, INC.**              Fax:  (213) 443-5400
                                                                         james.dowd@wilmerhale.com

                                                                         **ATTORNEYS FOR ASML**
                                                                         **NETHERLANDS B.V., EXCELITAS**
                                                                         **TECHNOLOGIES CORP., and QIOPTIQ**
                                                                         **PHOTONICS GMBH & CO. KG,**

- 20 -

ActiveUS 148731757v.9

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  A copy of the document will be served upon all counsel of record electronically via the CM/ECF system.

*/s/*  _____

- 21 -