# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASML NETHERLANDS B.V., <br> EXCELITAS TECHNOLOGIES CORP., and <br> QIOPTIQ PHOTONICS GMBH & CO. KG, <br><br> Defendants. | Civil Action No. 1:15-cv-10240-LTS |

## DECLARATION OF KEVIN S. PRUSSIA, ESQ.

I, Kevin Prussia, make oath and state as follows:

1. I am an attorney of record for Defendants on this matter. I have personal knowledge of the facts set forth herein, and, if called as a witness, would testify competently to those facts.

2. Attached as Exhibit 1 is a true and correct copy of an October 20, 2015 email from William Yu to James S. Boumil III. Attached to the email is a Word document titled "Defendants Statement – Joint Report (10_20_2015).docx".

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the Word document titled "Defendants Statement – Joint Report (10_20_2015).docx" that was included as an attachment to the email marked as Exhibit 1. The removed pages contain confidential information not germane to resolution of the pending motion.

Case 1:15-cv-10240-LTS   Document 283   Filed 12/18/15   Page 2 of 2

- 2 -

4. Attached as Exhibit 3 is a true and correct copy of an October 21, 2015 email from James S. Boumil III to William Yu. Attached to the email is a PDF document titled "2015-10-21 [PROPOSED REDACTIONS] Joint Status Report and Rule 26(f) Report."

5. Attached as Exhibit 4 is a true and correct copy of the PDF document titled "2015-10-21 [PROPOSED REDACTIONS] Joint Status Report and Rule 26(f) Report" that was included as an attachment to the email marked as Exhibit 3.

6. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 17th day of December, 2015.

                                          _/s/ Kevin S. Prussia_____
                                          Kevin S. Prussia

**CERTIFICATE OF SERVICE**

I, Kevin S. Prussia, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 17th day of December, 2015.

                                          _/s/ Kevin S. Prussia_____
                                          Kevin S. Prussia

- 2 -