# Prussia, Kevin S

| | |
|---|---|
| **From:** | Yu, William |
| **Sent:** | Tuesday, October 20, 2015 4:07 PM |
| **To:** | Boumil III, S. James |
| **Cc:** | WH ASML Energetiq; PR Energetiq ASML |
| **Subject:** | RE: Energetiq v. ASML et al. |
| **Attachments:** | Defendants Statement - Joint Report (10_20_2015).docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

James,

We apologize for the delay.  Please find attached the draft of Defendants' statement.

Thanks
-Will

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Tuesday, October 20, 2015 11:03 AM
**To:** Yu, William
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

Will,

Further to the below, attached please find our draft position statement.

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

**From:** Yu, William [mailto:William.Yu@wilmerhale.com]
**Sent:** Tuesday, October 20, 2015 11:34 AM
**To:** Ishmael, Safraz W.
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

Hi Safraz,

1

We need to push back the exchange today and propose that the parties send the drafts at 2pm ET.  Please let us know if this time works for you.

Thanks
-Will

---

**From:** Ishmael, Safraz W. [mailto:SIshmael@proskauer.com]
**Sent:** Saturday, October 17, 2015 9:30 AM
**To:** Prussia, Kevin S
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** Energetiq v. ASML et al.

Kevin:

Further to our discussion yesterday on a schedule for exchanging proposals on the joint statement due on Wednesday, October 21, we propose as follows:

1. Friday (October 16) at 12:00 noon:  Plaintiff provides its proposed schedule and the shell of the Rule 26(f) and status report (completed);
2. Monday at 5:00 pm: Defendants provide their proposed schedule and any markups to the shell Rule 26(f) and status report; the parties can work out the language on the shell of the report by back and forth email exchanges;
3. Tuesday at 12:00 noon:  Both parties exchange simultaneously their draft argument/position statements to be included in the report;
4. Wednesday at 5:00 pm:  Both parties exchange simultaneously their final argument/position statements (including any responsive argument) (with no substantive changes to be made after this exchange);
5. Wednesday before 6:00 pm:  Plaintiff files the joint Rule 26(f) and status report.

At this time, we cannot agree to page limits, but we trust that both parties will strive to be efficient in their writing to avoid an overly long report.  Please let us know if Defendants can agree to the above proposal.

Thanks.

Safraz.

**Safraz W. Ishmael**
Senior Counsel

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9712
f  617.526.9899
sishmael@proskauer.com

************************************************************************************
*************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the

sender immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*