**Prussia, Kevin S**

| | |
|---|---|
| **From:** | Boumil III, S. James <jboumil@proskauer.com> |
| **Sent:** | Wednesday, October 21, 2015 8:58 PM |
| **To:** | Yu, William |
| **Cc:** | WH ASML Energetiq; PR Energetiq ASML |
| **Subject:** | RE: Energetiq v. ASML et al. |
| **Attachments:** | 2015-10-21 [PROPOSED REDACTIONS] Joint Status Report and Rule 26(f) Repo….pdf; Filing Joint Status Report 10_21_2015.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Will,

While we disagree with many of the redactions, we will file as you propose, reserving all rights to argue that what has been redacted (particularly in our section) is not in fact defendant-confidential.  You can file your motion to file under seal as unopposed.

Attached are PDF and word copies of the redacted document.  In line with our past exchanges, we propose to use Kevin Prussia's signature, with your permission.  Please confirm that the attached redacted PDF is okay to file.

Regards,

James


**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

**From:** Yu, William [mailto:William.Yu@wilmerhale.com]
**Sent:** Wednesday, October 21, 2015 7:42 PM
**To:** Boumil III, S. James
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

James,

Here is our statement, with the redactions highlighted in yellow.  I've also attached our exhibits – Exhibits 3, 4, 5, 6, and 7 are confidential and need to be filed under seal.

Also attached are our proposed redactions to Energetiq's statement.

Please send us a copy of the final version before filing.  Among other things, please make sure that you incorporate our footnote formatting (so that the font size is 12 and there is 6pt spacing between footnotes).

1

Please also confirm that we can file the motion to impound unopposed.

Thanks
-Will

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Wednesday, October 21, 2015 3:58 PM
**To:** Oppenheimer, Elisabeth M.; Yu, William
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

Elisabeth and Will,

Attached is our statement.  We are now merging the content of these two documents into one.

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

---

**From:** Yu, William [mailto:William.Yu@wilmerhale.com]
**Sent:** Wednesday, October 21, 2015 6:48 PM
**To:** Boumil III, S. James
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

Hi James,

Please see attached our statement for the Joint Report.  We are still working on the redactions and will send those to you shortly.

We have also attached the motion to impound.  Please let us know if we can file the motion unopposed.

Thanks
-Will

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Wednesday, October 21, 2015 3:39 PM
**To:** Oppenheimer, Elisabeth M.; Yu, William
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

Elisabeth,

2

What's going on there?  We agreed to exchange at 5:00, and suggested a half hour buffer time to allow for last minute logistics.  You have remained silent since then.  I cannot hold my team here forever, while waiting for you to act whenever you want.  This, on top of yesterday's four hour delay, troubles us, because your credibility is sorely at stake.

Do we need to file ours separately, and indicate that you have gone radio-silent?

In addition, if it wasn't clear before, we expect you to file the motion to impound, since it is your confidential information you are worried about.

Regards,

James

**S. James Boumil III**
Attorney at Law

**Proskauer**
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

---

**From:** Boumil III, S. James
**Sent:** Wednesday, October 21, 2015 5:51 PM
**To:** 'Oppenheimer, Elisabeth M.'; 'Yu, William'
**Cc:** 'WH ASML Energetiq'; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

Elisabeth,

We are ready to exchange, but we are not prepared to send our draft hours earlier than yours again.  What time will you be ready?

Regards,

James

**S. James Boumil III**
Attorney at Law

**Proskauer**
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

---

**From:** Boumil III, S. James
**Sent:** Wednesday, October 21, 2015 4:47 PM
**To:** 'Oppenheimer, Elisabeth M.'; Yu, William

**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

Elisabeth,

When you send us your insert, if you identify what you want redacted in yellow highlighting in the word document, and in any exhibits, we will prepare and file the public version.  Given the logistics here, let's exchange at 5:30pm.

We cannot consent to the motion to seal here until we know what it is you intend to file under seal.

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

**From:** Oppenheimer, Elisabeth M. [mailto:Elisabeth.Oppenheimer@wilmerhale.com]
**Sent:** Wednesday, October 21, 2015 4:36 PM
**To:** Boumil III, S. James; Yu, William
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

James,

Further to my email below, Defendants also note that the Joint Report that Energetiq previously sent contains a significant amount of Defendants' confidential information.  Material that needs to be filed under seal includes footnote 1; the paragraph beginning, "At the April 30, 2015"; the paragraph beginning "Of course, a party"; the paragraph beginning "What is known, is"; the sentence beginning "Time is of the essence"; the sentence beginning "A full trial in early 2016"; the sentence beginning "Given that there are only"; and the end of the final paragraph, beginning with "which would be before the YieldStar 350…"

We assume that this and any other confidential information of Defendants will be redacted in tonight's filing.  We also suggest that Energetiq file a joint motion to impound on behalf of both Plaintiff and Defendants.

Regards,

Elisabeth

**From:** Oppenheimer, Elisabeth M.
**Sent:** Wednesday, October 21, 2015 3:23 PM
**To:** Boumil III, S. James; Yu, William
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

James,

Certain portions of the Joint Statement need to be filed under seal, as well as several exhibits.  Please confirm that Energetiq will consent to Defendants' motion to seal.

In view of the timing, we will provide a redacted version of the Joint Statement for ECF filing today, and will file an unredacted, sealed version with the Court tomorrow.

Regards,
Elisabeth

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Wednesday, October 21, 2015 11:58 AM
**To:** Yu, William
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

Will,

If you intend to file sealed exhibits to the joint status report, please arrange for this filing on your end.  The joint status report should be edited to be a public document.

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
**green**spaces
Please consider the environment before printing this email.

---

**From:** Yu, William [mailto:William.Yu@wilmerhale.com]
**Sent:** Tuesday, October 20, 2015 7:59 PM
**To:** Boumil III, S. James
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

James,

Here are the exhibits to our statement.

-Will

---

**From:** Yu, William
**Sent:** Tuesday, October 20, 2015 1:07 PM
**To:** Boumil III, S. James
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

James,

We apologize for the delay.  Please find attached the draft of Defendants' statement.

Thanks
-Will

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Tuesday, October 20, 2015 11:03 AM
**To:** Yu, William
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

Will,

Further to the below, attached please find our draft position statement.

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

---

**From:** Yu, William [mailto:William.Yu@wilmerhale.com]
**Sent:** Tuesday, October 20, 2015 11:34 AM
**To:** Ishmael, Safraz W.
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML et al.

Hi Safraz,

We need to push back the exchange today and propose that the parties send the drafts at 2pm ET.  Please let us know if this time works for you.

Thanks
-Will

---

**From:** Ishmael, Safraz W. [mailto:SIshmael@proskauer.com]
**Sent:** Saturday, October 17, 2015 9:30 AM
**To:** Prussia, Kevin S
**Cc:** WH ASML Energetiq; PR Energetiq ASML
**Subject:** Energetiq v. ASML et al.

Kevin:

Further to our discussion yesterday on a schedule for exchanging proposals on the joint statement due on Wednesday, October 21, we propose as follows:

1. Friday (October 16) at 12:00 noon:  Plaintiff provides its proposed schedule and the shell of the Rule 26(f) and status report (completed);
2. Monday at 5:00 pm: Defendants provide their proposed schedule and any markups to the shell Rule 26(f) and status report; the parties can work out the language on the shell of the report by back and forth email exchanges;
3. Tuesday at 12:00 noon:  Both parties exchange simultaneously their draft argument/position statements to be included in the report;
4. Wednesday at 5:00 pm:  Both parties exchange simultaneously their final argument/position statements (including any responsive argument) (with no substantive changes to be made after this exchange);
5. Wednesday before 6:00 pm:  Plaintiff files the joint Rule 26(f) and status report.

At this time, we cannot agree to page limits, but we trust that both parties will strive to be efficient in their writing to avoid an overly long report.  Please let us know if Defendants can agree to the above proposal.

Thanks.

Safraz.

**Safraz W. Ishmael**
Senior Counsel

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9712
f  617.526.9899
sishmael@proskauer.com

****************************************************************************************
**************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
****************************************************************************************
**************************************************************