**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASML NETHERLANDS B.V., <br> EXCELITAS TECHNOLOGIES CORP., and <br> QIOPTIQ PHOTONICS GMBH & CO. KG, <br><br> Defendants. | Civil Action No. 1:15-cv-10240-LTS |

**JOINT MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**
**AND TO AMEND THE SCHEDULING ORDER**

Plaintiff Energetiq Technology, Inc. ("Energetiq") and Defendants ASML Netherlands B.V. ("ASML"), Excelitas Technologies Corp. ("Excelitas"), and Qioptiq Photonics GmbH & Co. KG ("Qioptiq") (collectively, "Defendants"), subject to the approval of the Court, hereby agree that the due date for the following events shall be extended to January 6, 2016, unless otherwise ordered by the Court:

1. Defendants' Preliminary Invalidity Disclosures and Preliminary Non-Infringement Disclosures, as specified at No. 5 of the Scheduling Order (Dkt. No. 225), which are currently due on December 23, 2015; and

2. Energetiq's opposition to Defendants' Motion to Compel Automatic Disclosures Regarding Damages (Dkt. No. 270).

All other dates shall remain in effect.

SO ORDERED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dated: December 23, 2015 | Respectfully submitted, |

| | |
|---|---|
| */s/ S. James Boumil III* | */s/ Kevin S. Prussia* |
| Steven M. Bauer (BBO #542531) | Kevin S. Prussia (BBO # 666813) |
| Safraz W. Ishmael  (BBO #657881) | Shirley X. Li Cantin (BBO # 675377) |
| S. James Boumil III (BBO #684361) | Elisabeth M. Oppenheimer (BBO # 686312) |
| PROSKAUER ROSE LLP | Dana O. Burwell (BBO # 682413) |
| One International Place | Jonathan A. Cox (BBO #687810) |
| Boston, MA  02110-2600 | WILMER CUTLER PICKERING |
| Telephone: (617) 526-9600 |   HALE AND DORR LLP |
| Facsimile: (617) 526-9899 | 60 State Street |
| sbauer@proskauer.com | Boston, MA 02109 |
| sishmael@proskauer.com | Tel: (617) 526-6000 |
| jboumil@proskauer.com | Fax: (617) 526-5000 |
| | kevin.prussia@wilmerhale.com |
| **ATTORNEYS FOR** | shirley.cantin@wilmerhale.com |
| **ENERGETIQ TECHNOLOGY, INC.** | elisabeth.oppenheimer@wilmerhale.com |
| | dana.burwell@wilmerhale.com |
| | jonathan.cox@wilmerhale.com |
| | |
| | James M. Dowd (Ca. Bar No. 259578) |
| |   (pro hac vice) |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | 350 South Grand Avenue, Suite 2100 |
| | Los Angeles, CA 90071 |
| | Tel: (213) 443-5300 |
| | Fax: (213) 443-5400 |
| | james.dowd@wilmerhale.com |
| | |
| | **ATTORNEYS FOR ASML** |
| | **NETHERLANDS B.V., EXCELITAS** |
| | **TECHNOLOGIES CORP., and QIOPTIQ** |
| | **PHOTONICS GMBH & CO. KG,** |

## CERTIFICATE OF SERVICE

      I, Kevin S. Prussia, hereby certify that true copies of the Joint Motion and [Proposed] Order for an Extension of Time and to Amend the Scheduling Order were served upon counsel of record through the Court's electronic court filing (ECF) system, this 23rd day of December, 2015.

                                    */s/ Kevin S. Prussia*
                                    Kevin S. Prussia (BBO # 666813)