**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC.,           ) | |
|           ) | |
|           Plaintiff,      ) | |
|           ) | |
|          v.           ) | Civil Action No. 1:15-cv-10240-LTS |
|           ) | |
| ASML NETHERLANDS B.V.,         ) | |
| EXCELITAS TECHNOLOGIES CORP., and  ) | |
| QIOPTIQ PHOTONICS GMBH & CO. KG,    ) | |
|           ) | |
|         Defendants.    ) | |
|           ) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE AMENDED ANSWERS**

Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq Photonics GmbH & Co. KG (collectively, "Defendants") hereby move for leave to file amended answers to Plaintiff's First Amended Complaint.  Plaintiff assents to the motion.  As grounds for this motion, Defendants rely on the accompanying Memorandum of Law and Declaration of Shirley X. Li Cantin and Exhibits.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion For Leave to File Amended Answers.  Counsel for Plaintiff indicated that it assents to Defendants' Motion.

Respectfully Submitted,

ASML NETHERLANDS B.V.,
EXCELITAS TECHNOLOGIES CORP.
QIOPTIQ PHOTONICS GMBH & CO. KG

By their Attorneys,

/s/  *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
Shirley X. Li Cantin (BBO # 675377)
Elisabeth M. Oppenheimer (BBO # 686312)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com
elisabeth.oppenheimer@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com

James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
james.dowd@wilmerhale.com

Dated:  January 22, 2016

## CERTIFICATE OF CONSULTATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiff Energetiq Technology, Inc. and counsel for Defendants met and conferred in good faith regarding resolution of this motion.  Counsel for Energetiq indicated that it assents to Defendants' Motion.

*/s/ Shirley Cantin*
Shirley Cantin


## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument regarding this motion to the extent that the Court believes that oral argument will assist it in resolving this motion.

*/s/ Kevin S. Prussia*
Kevin S. Prussia


## CERTIFICATE OF SERVICE

I, Kevin S. Prussia, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 22nd day of January, 2016.

*/s/ Kevin S. Prussia*
Kevin S. Prussia