UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASML NETHERLANDS B.V., )<br>EXCELITAS TECHNOLOGIES CORP., and )<br>QIOPTIQ PHOTONICS GMBH & CO. KG, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:15-cv-10240-LTS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Rule 83.5.2(d) of the Local Rules of the United States District Court for the District of Massachusetts, notice is hereby given of the withdrawal of appearance of Elisabeth M. Oppenheimer as counsel for Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq Photonics GmbH & Co. KG.

    Respectfully submitted,

    */s/ Elisabeth Oppenheimer*
    Elisabeth M. Oppenheimer (BBO # 686312)
    WILMER CUTLER PICKERING
       HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    Tel:  (617) 526-6000
    Fax:  (617) 526-5000
    elisabeth.oppenheimer@wilmerhale.com

    *Attorney for Defendants.*

Dated:  January 27, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on January 27, 2016.

*/s/ Elisabeth Oppenheimer*
Elisabeth M. Oppenheimer (BBO # 686312)