# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASML NETHERLANDS B.V., )<br>EXCELITAS TECHNOLOGIES CORP., and )<br>QIOPTIQ PHOTONICS GMBH & CO. KG, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:15-cv-10240-LTS |

## DEFENDANTS' MOTION TO COMPEL
## DOCUMENT PRODUCTION FROM CERTAIN NAMED INVENTORS

Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq Photonics GmbH & Co. KG (collectively, "Defendants") hereby move for an order compelling production of documents responsive to the subpoenas served on certain named inventors of the patents-in-suit: Jeffrey A. Casey, Gordon Hill, William Holber, Daniil Stolyarov, and Hongke Ye (collectively, "Subpoenaed Individuals"). As grounds for this motion, Defendants rely on the accompanying Memorandum of Law and Exhibits. The subpoenas were served in early December 2015, and each had a date of compliance of December 18, 2015. Over 40 days have passed, yet none of the Subpoenaed Individuals have provided any response to the subpoenas, nor have they committed to a date certain for providing a response.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion, and compel production of responsive documents from the Subpoenaed Individuals within 7 days of an order granting this Motion.

Respectfully Submitted,

ASML NETHERLANDS B.V.,
EXCELITAS TECHNOLOGIES CORP.
QIOPTIQ PHOTONICS GMBH & CO. KG

By their Attorneys,

/s/  *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
Shirley X. Li Cantin (BBO # 675377)
Elisabeth M. Oppenheimer (BBO # 686312)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com
elisabeth.oppenheimer@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com

James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
james.dowd@wilmerhale.com

Dated:  January 27, 2016

## CERTIFICATE OF CONSULTATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiff Energetiq Technology, Inc. and counsel for Defendants met and conferred in good faith regarding resolution of this motion, but were unable to resolve this matter.

*/s/ Shirley Cantin*
Shirley Cantin

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument regarding this motion to the extent that the Court believes that oral argument will assist it in resolving this motion.

*/s/ Kevin S. Prussia*
Kevin S. Prussia

## CERTIFICATE OF SERVICE

I, Kevin S. Prussia, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 27th day of January, 2016.

*/s/ Kevin S. Prussia*
Kevin S. Prussia