IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., <br>       Plaintiff, <br><br> v. <br><br> ASML NETHERLANDS B.V., <br> EXCELITAS TECHNOLOGIES CORP., and <br> QIOPTIQ PHOTONICS GMBH & CO. KG, <br><br>       Defendants. | Civil Action No. 1:15-cv-10240-LTS |

**ENERGETIQ'S MOTION TO STAY PENDING A FINAL DETERMINATION OF THE
<u>INTERNATIONAL TRADE COMMISSION</u>**

Plaintiff Energetiq Technology, Inc. ("Energetiq") hereby moves for a stay of this litigation pending a final determination of the International Trade Commission's investigation into violations of section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337. As grounds for this Motion, Plaintiff submits the accompanying Memorandum In Support Of Its Motion.

DATED: this 1st day of February, 2016.

        Respectfully submitted,

        **PROSKAUER ROSE LLP**

    By */s/ Steven M. Bauer*        .
        Steven M. Bauer, BBO #542531
        Safraz W. Ishmael, BBO #657881
        S. James Boumil, III, BBO #684361
        **PROSKAUER ROSE LLP**
        One International Place
        Boston, MA 02110-2600
        (617) 526-9600 *telephone*
        (617) 526-9899 *facsimile*
        sbauer@proskauer.com
        sishmael@proskauer.com
        jboumil@proskauer.com

        **Attorneys for Energetiq Technology, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing was filed electronically with the clerk of Court, to be served upon counsel of record by operation of the Court's electronic filing system.

DATED this 1st day of February, 2016.

*/s/ Steven M. Bauer*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Plaintiff conferred with counsel for Defendants in an attempt to resolve or narrow the issues, and was unable to reach resolution.

*/s/ Steven M. Bauer*

DATED this 1st day of February, 2016.