# EXHIBIT A

| | |
|---|---|
| **From:** | Burwell, Dana O. <Dana.Burwell@wilmerhale.com> |
| **Sent:** | Wednesday, December 09, 2015 9:08 PM |
| **To:** | Boumil III, S. James; PR Energetiq ASML |
| **Cc:** | WH ASML Energetiq |
| **Subject:** | RE: Energetiq v. ASML Netherlands B.V., et al. - No. 15-cv-10240 - Renewed Mtn to Stay Pending IPRs |
| **Attachments:** | Proposed Order Granting Renewed Motion to Stay_(149909012)_(1).DOC |

James,

Thank you for responding to my email. While it is not clear to us why Energetiq needs ten days to determine whether it will oppose a stay, we will await your response on Monday. Please consider the attached proposed order.

Regards,
Dana

**Dana O. Burwell | WilmerHale**
+1 617 526 6722 (t)
dana.burwell@wilmerhale.com

---

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Wednesday, December 09, 2015 5:05 PM
**To:** Burwell, Dana O.; WH ASML Energetiq
**Cc:** PR Energetiq ASML
**Subject:** RE: Energetiq v. ASML Netherlands B.V., et al. - No. 15-cv-10240 - Renewed Mtn to Stay Pending IPRs

Dana,

We have received your email below and hope to be back to you by Monday. We have not refused to meet and confer, and indeed, you have yet to make any request for a meet and confer. In fact, this is the first you have suggested to us that there is any urgency here, or that you actually intended to file such a motion.

We expect to have a response for you on Monday. In the meantime, if you would like to send us a draft of the proposed order, we will consider it.

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

**From:** Burwell, Dana O. [mailto:Dana.Burwell@wilmerhale.com]
**Sent:** Wednesday, December 09, 2015 4:51 PM
**To:** Boumil III, S. James; PR Energetiq ASML
**Cc:** WH ASML Energetiq
**Subject:** RE: Energetiq v. ASML Netherlands B.V., et al. - No. 15-cv-10240 - Renewed Mtn to Stay Pending IPRs

James,

Having not heard from Energetiq on the request below, we will assume that Energetiq opposes Defendants' Renewed Motion and will file accordingly tomorrow.  When we do, we will note for the Court that Energetiq refused to confer as required by the local rules.

Regards,
Dana

**Dana O. Burwell | WilmerHale**
+1 617 526 6722 (t)
dana.burwell@wilmerhale.com

**From:** Burwell, Dana O.
**Sent:** Tuesday, December 08, 2015 4:39 PM
**To:** Boumil III, S. James (jboumil@proskauer.com); PR Energetiq ASML (PREnergetiqASML@proskauer.com)
**Cc:** WH ASML Energetiq
**Subject:** RE: Energetiq v. ASML Netherlands B.V., et al. - No. 15-cv-10240 - Renewed Mtn to Stay Pending IPRs

James,

Please provide Energetiq's response to my inquiry below.

Regards,
Dana

**Dana O. Burwell | WilmerHale**
+1 617 526 6722 (t)
dana.burwell@wilmerhale.com

**From:** Burwell, Dana O.
**Sent:** Friday, December 04, 2015 5:00 PM
**To:** Boumil III, S. James (jboumil@proskauer.com); PR Energetiq ASML (PREnergetiqASML@proskauer.com)
**Cc:** WH ASML Energetiq
**Subject:** Energetiq v. ASML Netherlands B.V., et al. - No. 15-cv-10240 - Renewed Mtn to Stay Pending IPRs

James,

Given the PTAB's recent institution of Defendants' IPRs, Defendants anticipate filing a Renewed Motion to Stay pursuant to the Court's July 10, 2015 Order.  *See* Dkt. 120, p. 14.  As argued in Defendants' original Motion, given the stage of the litigation, the simplification of issues that will result, and the lack of undue prejudice, we believe the case should be stayed while the IPRs run their course.  Would Energetiq oppose such a motion, and if so, on what grounds?

Regards,
Dana

**Dana O. Burwell | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6722 (t)
+1 617 526 5000 (f)
dana.burwell@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.


******************************************************************************
*************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
******************************************************************************
*************************************************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ASML NETHERLANDS B.V., EXCELITAS TECHNOLOGIES CORP., and QIOPTIQ PHOTONICS GMBH & CO. KG, | ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. 1:15-cv-10240-LTS

**PROPOSED ORDER GRANTING DEFENDANTS' RENEWED MOTION TO STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW**

Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq Photonics GmbH & Co. KG (collectively, "Defendants") move to stay this litigation pending a final written decision resolving all instituted *inter partes* review ("IPR") petitions for each of the six patents at issue in this case.

After consideration of same, the Court finds that it is well-taken and should be GRANTED.