# EXHIBIT B

| | |
|---|---|
| **From:** | Boumil III, S. James |
| **Sent:** | Tuesday, December 15, 2015 5:32 PM |
| **To:** | Prussia, Kevin S (Kevin.Prussia@wilmerhale.com) (Kevin.Prussia@wilmerhale.com); Oppenheimer, Elisabeth M. <Elisabeth.Oppenheimer@wilmerhale.com> (Elisabeth.Oppenheimer@wilmerhale.com); WHASMLEnergetiq@wilmerhale.com |
| **Cc:** | PR Energetiq ASML |
| **Subject:** | RE: Energetiq v ASML et al - discovery issues |
| **Attachments:** | Proposed Order Granting Renewed Motion to Stay _ Energetiq Edits.doc |

Counsel,

Attached are our revisions to the proposed stay order.  Please let us know if you have any further revisions.

Regards,

James

**S. James Boumil III**
Attorney at Law

Proskauer
One International Place
Boston, MA 02110-2600
d 617.526.9618
f  617.526.9899
jboumil@proskauer.com
greenspaces
Please consider the environment before printing this email.

**From:** Prussia, Kevin S [mailto:Kevin.Prussia@wilmerhale.com]
**Sent:** Tuesday, December 15, 2015 4:25 PM
**To:** Boumil III, S. James; Oppenheimer, Elisabeth M.; Burwell, Dana O.; WH ASML Energetiq
**Cc:** PR Energetiq ASML
**Subject:** RE: Energetiq v ASML et al - discovery issues

James,

We will review the proposed order when you are able to send it.  For now, while we discuss the stay of the case, Defendants agree to suspend the due dates for written party discovery and contentions.  We cannot agree to anything further at this point.

Kind regards,
Kevin

**Kevin S. Prussia | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6243 (t)
+1 617 526 5000 (f)
kevin.prussia@wilmerhale.com

# Remainder of Email Chain Redacted

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15-cv-10240-LTS |
| ASML NETHERLANDS B.V., EXCELITAS TECHNOLOGIES CORP., and QIOPTIQ PHOTONICS GMBH & CO. KG, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY IN VIEW OF COMPLAINT TO INTERNATIONAL TRADE COMMISSION

On December 15, 2015, Plaintiff Energetiq Technology, Inc. petitioned the United States International Trade Commission ("ITC") under 19 U.S.C. § 1337 to institute an investigation into the unfair trade practices of Defendants ASML Netherlands B.V. and Qioptiq Photonics GmbH & Co. KG (collectively, "Defendants"), namely, to investigate their importation of laser-driven light sources and products containing the laser-driven light sources. Pursuant to 19 C.F.R., § 210.10, the Commission shall determine whether an investigation should be instituted within 30 days after the complaint is filed unless exceptional circumstances exist. As a result, notice of institution is expected by January 14, 2016. Pursuant to 28 U.S.C. § 1659(a), this Court is directed to stay the district court case, on motion, if the ITC petition is granted.

In anticipation of the ITC's decision, the parties jointly move to stay this litigation.

After consideration of the foregoing, the Court finds that the proposed stay of the district court litigation is well-taken.

IT IS HEREBY ORDERED THAT the case is stayed until either party notifies the court that the ITC has denied institution or that the ITC investigation is concluded.  On such notice to the Court, the Defendants shall have ten days thereafter to move to stay this case pending the IPR proceedings at the Patent Office, and the court will schedule a scheduling conference after it receives Energetiq's opposition thereto.