# EXHIBIT C

| | |
|---|---|
| **From:** | Prussia, Kevin S <Kevin.Prussia@wilmerhale.com> |
| **Sent:** | Tuesday, December 15, 2015 4:25 PM |
| **To:** | Boumil III, S. James; Oppenheimer, Elisabeth M.; Burwell, Dana O.; WH ASML Energetiq |
| **Cc:** | PR Energetiq ASML |
| **Subject:** | RE: Energetiq v ASML et al - discovery issues |

James,

We will review the proposed order when you are able to send it. For now, while we discuss the stay of the case, Defendants agree to suspend the due dates for written party discovery and contentions. We cannot agree to anything further at this point.

Kind regards,
Kevin

**Kevin S. Prussia | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6243 (t)
+1 617 526 5000 (f)
kevin.prussia@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Boumil III, S. James [mailto:jboumil@proskauer.com]
**Sent:** Monday, December 14, 2015 4:44 PM
**To:** Oppenheimer, Elisabeth M.; Burwell, Dana O.; WH ASML Energetiq
**Cc:** PR Energetiq ASML
**Subject:** RE: Energetiq v ASML et al - discovery issues

Elisabeth and Dana,

Per my email last Wednesday to Dana, we can now confirm that Energetiq also intends to ask the district court to stay the case. We will provide some changes to the proposed order that you sent us, tomorrow or Wednesday at the latest, to see if we can reach agreement on the language for the court's order.

In the meantime, in view of the likelihood now that the district court case will soon be stayed, let's agree to a temporary suspension of district court deadlines, including all discovery deadlines, until we get a proposed order filed.

We will be back to you shortly.

Regards,

James

# Remainder of Email Chain Redacted