# EXHIBIT D

## **Summary of Defendants' Pending Motions**

The following motions filed by Defendants have yet to be decided by the Court:

- Defendants' Motion for Summary Judgment of Non-Infringement (Dkt. No. 206), which seeks a determination of non-infringement of U.S. Patent No. 9,048,000 ("the '000 Patent") as to the accused "LS2." The undisputed facts from Phase I discovery show that there was no U.S. "LS2" activity after the '000 Patent issued. The motion aims to narrow the number of claims at issue in this case.

- Defendants' Renewed Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 210), which seeks dismissal of all claims or portions of claims in Plaintiff Energetiq Technology, Inc.'s First Amended Complaint (Dkt. No. 87) that allege infringement by Defendants based on the "LS1" device, the YieldStar 250, or the YieldStar 200 upgrade kit. The motion will dispose of an entire accused product from this litigation.

- Defendants' Motion to Enforce the Parties' Agreement Limiting the Number of Asserted Claims (Dkt. No. 262), which seeks to enforce the parties' agreement to narrow the number of patent claims asserted in this case. With claim construction beginning in less than three months, narrowing the set of claims will force the parties to address the real issues and not waste the Court's time disputing terms in claims that will never be asserted at trial.

- Defendants' Motion to Compel Automatic Disclosures Regarding Damages (Dkt. No. 270) seeks to compel Energetiq to fulfill its Rule 26 initial damages disclosure obligations, which in turn will allow the parties to take focused and proportional discovery.

- Defendants' Motion to Compel Document Production (Dkt. No. 306) seeks to compel the production of documents subpoenaed from certain inventors of the patents in suit. The subpoenas were served nearly two months ago, to which neither the subpoenaed individuals nor Energetiq has provided any response. This motion will advance discovery in this case.