# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ENERGETIQ TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASML NETHERLANDS B.V., ) <br> EXCELITAS TECHNOLOGIES CORP., and ) <br> QIOPTIQ PHOTONICS GMBH & CO. KG, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:15-cv-10240-LTS |

## UNOPPOSED MOTION TO IMPOUND

Pursuant to Local Rule 7.2, Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq GMBH & Co. KG (collectively, "Defendants") hereby move for an Order sealing and impounding the parties' February 1, 2016 Joint Status Report. In support of the instant Motion to Impound, Defendants state that the above-referenced document contains non-public, confidential information regarding the accused products.

A redacted version of the Joint Status Report will be filed today via the ECF system.

WHEREFORE, Defendants request that the Court impound the above-listed document, which will be filed upon the granting of this motion. Plaintiff does not oppose this motion.

Respectfully Submitted,

/s/ *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)

        WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
kevin.prussia@wilmerhale.com

James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel:  (213) 443-5300
Fax:  (213) 443-5400
james.dowd@wilmerhale.com

*Attorneys for Defendants.*

Dated:  February 1, 2016

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants conferred with counsel for Plaintiff on the subject of this motion. Counsel for Energetiq indicated that it does not oppose Defendants' Motion to Impound.

/s/ *Kevin S. Prussia*
Kevin S. Prussia

## **CERTIFICATE OF SERVICE**

I hereby certify that this motion and its attachments filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 1, 2016.

/s/ *Kevin S. Prussia*
Kevin S. Prussia