# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ENERGETIQ TECHNOLOGY, INC.,

    Plaintiff,

v.

ASML NETHERLANDS B.V.,
EXCELITAS TECHNOLOGIES CORP., and
QIOPTIQ PHOTONICS GMBH & CO. KG,

    Defendants.

Civil Action No. 1:15-cv-10240-LTS

**ENERGETIQ'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL**
**DOCUMENT PRODUCTION FROM CERTAIN NAMED INVENTORS (DOC. NO. 306)**

On December 15, 2015, the parties agreed to suspend written party discovery pending the agreement on an order to stay this case. Energetiq relies on that agreement in not producing documents in response to the subpoenas. On January 19, 2016, however, the Defendants indicated their intent to renege on that agreement. After trying to resolve this without success, on February 1, 2016, Energetiq filed its Motion to Stay Pending a Final Determination of the International Trade Commission (Doc. No. 309). That motion is now pending.

The requested discovery falls squarely within the scope of the agreed suspension—it is written discovery directed to the inventors of two of the patents-in-suit here, neither of which patent is even asserted in the ITC, and both of which Energetiq offered to drop from this case, *if* the Defendants provided a document that supported their non-infringement contention relating to those patents. The Defendants refused to provide any such documents, which could have resolved this issue in its entirety. Instead, they filed the present motion to compel.

*If* the case is not stayed, Energetiq (and/or its subpoenaed former/employee-witnesses) will produce documents responsive to each of the five outstanding subpoenas. Therefore, the Court need not address this motion separately from the motion to stay.

DATED: this 10th day of February, 2016.

        Respectfully submitted,

        **PROSKAUER ROSE LLP**

        By */s/ Steven M. Bauer*
           Steven M. Bauer, BBO #542531
           Safraz W. Ishmael, BBO #657881
           S. James Boumil, III, BBO #684361
           **PROSKAUER ROSE LLP**
           One International Place
           Boston, MA 02110-2600
           (617) 526-9600 *telephone*
           (617) 526-9899 *facsimile*
           sbauer@proskauer.com
           sishmael@proskauer.com
           jboumil@proskauer.com

        **Attorneys for Energetiq Technology, Inc.**

## CERTIFICATE OF SERVICE

     I hereby certify that on this day the foregoing was filed electronically with the clerk of Court, to be served upon counsel of record by operation of the Court's electronic filing system.

DATED this 10th day of February, 2016.

                                                         */s/ Steven M. Bauer*