## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ENERGETIQ TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-cv-10240-LTS |
| | ) | |
| ASML NETHERLANDS B.V., | ) | |
| EXCELITAS TECHNOLOGIES CORP., and | ) | |
| QIOPTIQ PHOTONICS GMBH & CO. KG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO COMPEL
## DOCUMENT PRODUCTION AND RESPONSES TO INTERROGATORIES

Defendants ASML Netherlands B.V., Excelitas Technologies Corp., and Qioptiq

Photonics GmbH & Co. KG (collectively, "Defendants") hereby move for an order compelling

production of documents and responses to interrogatories from Plaintiff Energetiq Technology

Inc.  As grounds for this motion, Defendants rely on the accompanying Memorandum of Law,

Declaration of Shirley X. Li Cantin, and Exhibits.

On November 6, 2015, Defendants served a set of document requests and interrogatories.

As of the filing of this motion, Energetiq has not provided written objections or responses that

comply with the Federal Rules.  It has not produced any documents.  In recent filings to the

Court, Energetiq has made clear that it will not move forward with discovery in this case, absent

an order compelling it to do so.  (*See, e.g.,* Dkt. Nos. 310, 313.)  Defendants respectfully request

such an order.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion, and compel Energetiq to produce responsive documents and responses to interrogatories within 10 days of an order granting this Motion.

Respectfully Submitted,


ASML NETHERLANDS B.V.,
EXCELITAS TECHNOLOGIES CORP.
QIOPTIQ PHOTONICS GMBH & CO. KG


By their Attorneys,


/s/  *Kevin S. Prussia*
Kevin S. Prussia (BBO # 666813)
Shirley X. Li Cantin (BBO # 675377)
Dana O. Burwell (BBO # 682413)
Jonathan A. Cox (BBO #687810)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
kevin.prussia@wilmerhale.com
shirley.cantin@wilmerhale.com
dana.burwell@wilmerhale.com
jonathan.cox@wilmerhale.com

James M. Dowd (Ca. Bar No. 259578) (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300
Fax: (213) 443-5400
james.dowd@wilmerhale.com

Dated:  February 11, 2016

## CERTIFICATE OF CONSULTATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiff Energetiq Technology, Inc. and counsel for Defendants met and conferred in good faith regarding resolution of this motion, but were unable to resolve this matter.

*/s/ Shirley Cantin*
Shirley Cantin


## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument regarding this motion to the extent that the Court believes that oral argument will assist it in resolving this motion.

*/s/ Kevin S. Prussia*
Kevin S. Prussia


## CERTIFICATE OF SERVICE

I, Kevin S. Prussia, hereby certify that a true copy of this document was served upon counsel of record for the plaintiff through the Court's electronic court filing (ECF) system, this 11th day of February, 2016.

*/s/ Kevin S. Prussia*
Kevin S. Prussia