IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ENERGETIQ TECHNOLOGY, INC.,
        Plaintiff,

v.

ASML NETHERLANDS B.V.,
EXCELITAS TECHNOLOGIES CORP., and
QIOPTIQ PHOTONICS GMBH & CO. KG,

        Defendants.

Civil Action No. 1:15-cv-10240-LTS

## ENERGETIQ'S RESPONSE TO
## DEFENDANTS' AMENDED AFFIRMATIVE DEFENSES

    Energetiq denies that Defendants have set forth any valid affirmative defenses. Energetiq states as follows with respect to the additional numbered paragraphs added on January 26, 2016 to ASML's, Excelitas's, and Qioptiq's Affirmative Defenses (Doc. Nos. 302, 303, 304). Defendants' headings from their Affirmative Defenses have been reproduced below for the sake of clarity only, and to the extent that any such headings in the Affirmative Defenses are intended to set forth any allegations, they are denied. The numbered responses below are responses to the corresponding numbered paragraphs in Defendants' Affirmative Defenses.

**ASML NETHERLANDS, B.V. (Doc. No. 302)**
**SEVENTH DEFENSE (License)**

    27. No response is required to the allegations contained in paragraph 27. To the extent that a response is required, the allegations of paragraph 27 are denied.

**EXCELITAS TECHNOLOGIES CORP. (Doc. No. 303)**
**SIXTH DEFENSE (License)**

22. No response is required to the allegations contained in paragraph 22.  To the extent that a response is required, the allegations of paragraph 22 are denied.

**QIOPTIQ PHOTONICS GMBH & CO. KG (Doc. No. 304)**
**SEVENTH DEFENSE (License)**

23. No response is required to the allegations contained in paragraph 23.  To the extent that a response is required, the allegations of paragraph 23 are denied.

DATED: this 12 day of February, 2016.

Respectfully submitted,

**PROSKAUER ROSE LLP**

By */s/ Steven M. Bauer*
Steven M. Bauer, BBO #542531
Safraz W. Ishmael, BBO #657881
S. James Boumil, III, BBO #684361
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110-2600
(617) 526-9600 *telephone*
(617) 526-9899 *facsimile*
sbauer@proskauer.com
sishmael@proskauer.com
jboumil@proskauer.com

**Attorneys for Energetiq Technology, Inc.**

## CERTIFICATE OF SERVICE

  I hereby certify that on this day the foregoing was filed electronically with the clerk of Court, to be served upon counsel of record by operation of the Court's electronic filing system.

DATED this 12 day of February, 2016.

                 */s/ Steven M. Bauer*